## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

### CASE #: 25-CR-00076-TPB-AAS-1

**UNITED STATES OF AMERICA,**
          **Plaintiff,**

**vs.**

**DMITRY SHUSHLEBIN,**
          **Defendant.**
_____/

### NOTICE OF TEMPORARY APPEARANCE AS COUNSEL

WILL THE CLERK of the above-styled Court please enter a temporary appearance as Counsel of record on behalf of Defendant, **DMITRY SHUSHLEBIN**, in the above name defendant at initial appearance.

This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Dated this 3rd Day of March 2025.

**/ s / Chad Piotrowski**

Chad Piotrowski
Florida Bar Number: 33507
Attorney for Defendant
169 E. Flagler Street
Suite 1600
Miami, Florida 33131

CERTIFICATE OF SERVICE

I hereby certify that on this March 3, 2025, a true and correct copy of the above and

foregoing has been furnished to the Clerk of this Court by using CM/ECF system which will

send a notice of electronic filing to all counsel of record.

**/ s / Chad Piotrowski**

Chad Piotrowski
Florida Bar Number: 33507
Attorney for Defendant
169 E. Flagler Street
Suite 1600
Miami, Florida 33131
Phone  (305) 204-5000
chad@cplaw-miami.com