## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF DISTRICT OF FLORIDA
## CASE: 25-CR-00076-AAS-1

**UNITED STATES OF AMERICA,**
       **Plaintiff,**

**vs.**

**DMITRY SHUSHLEBIN,**
         **Defendant.**

_____/

## UNOPPOSED MOTION TO CONTINUE

COMES NOW, Defendant **DMITRY SHUSHLEBIN**, by and through his undersigned counsel, and moves this Court to Continue the Status Conference and Trial hearing. As grounds, your Defendant states the following:

1. This case is currently scheduled for a Status Conference on March 24th, 2025, and a Trial hearing on March 31st, 2025.

2. Mr. Shushlebin is still in the Southern District of Florida pending extradition.

3. Undersigned Counsel filed a Motion to waive the Arraignment with a request for discovery. However, we are still pending receipt of the Governments discovery submission.

4. The Undersigned will be out of the jurisdiction from March 18th, 2025 until March 25th, 2025 on a prepaid family vacation.

5. The undersigned counsel respectfully requests a sixty (60) day continuance of the Status Conference and Trial period.

6. AUSA Daniel J. Marcet does not oppose this request.

7. This Motion is not filed for the purpose of delay.

WHEREFORE, the Defendant Dmitry Shushlebin respectfully requests that this Honorable Court enter an Order granting our Motion.

Respectfully submitted,

Chad Piotrowski, Esq.
Piotrowski Law
Attorney at Law
169 E. Flagler St., Suite 1600
Miami, Florida 33131
Telephone:    (305) 204-5000
Facsimile:    (305) 204-6000

/ s / *Chad Piotrowski*
Chad Piotrowski, Esq.
FL Bar No. 33507
chad@cplaw-miami.com

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 11th day of March 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

/ s / *Chad Piotrowski*
Chad Piotrowski, Esq.