UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

Case No.: 8:25-cr-76-TPB-AAS

v.

DMITRY SHUSHLEBIN

**<u>UNITED STATES' UNOPPOSED MOTION FOR RULE 15 DEPOSITION</u>**

Pursuant to Federal Rule of Criminal Procedure 15, the United States hereby moves the Court to order that the deposition of codefendant Sanjar Jamilov in order to preserve his testimony for trial. The Parties request that the deposition be scheduled for July 29, at 9:00 a.m., in Courtroom 11B, at 801 N Florida Avenue, Tampa, Florida.

In support of the Motion, the United States states as follows:

1.      Defendant Dmitry Shushlebin is currently charged by Indictment with, among other crimes, conspiring to submit fraudulent voter registrations, in violation of 18 U.S.C. § 371. As has been disclosed to the defense, Shushlebin will be charged by Superseding Indictment with additional crimes, including wire fraud and aggravated identity theft. Shushlebin has recently retained new counsel, and has requested additional time to determine whether the case may be resolved by plea. In any event, given the volume of discovery, it is not anticipated that new counsel will be ready for trial for at least several months.

2.      Codefendant Sanjar Jamilov pled guilty to conspiring to submit fraudulent voter registrations, and is scheduled to be sentenced on July 31, 2025.

Jamilov's sentencing guidelines range is anticipated to be 0 to 6 months' imprisonment, and he has been in custody since early February 2025. Jamilov is an Uzbek national and is very likely to be deported soon after his term of imprisonment concludes.

3.    Jamilov has agreed to testify against Shushlebin, pursuant to a cooperation agreement. It is anticipated that, in sum and in substance, Jamilov will testify that Shushlebin hired him to perform work in furtherance of a scheme to create synthetic identities, which included submitting fraudulent voter registration applications. This testimony is material to the issues to be decided at Shushlebin's trial, and must be preserved for trial given Jamilov's imminent deportation. Accordingly, the United States requests that the Court schedule a deposition pursuant to Federal Rule of Criminal Procedure 15.

4.    The United States will ensure that the procedures of Rule 15 are followed, to include that Shushlebin and Jamilov, who are in custody, are brought to the deposition, and that any Jencks Act material relating to Jamilov is produced in advance of the deposition.

5.    The undersigned AUSA has consulted with counsel for Shushlebin and Jamilov, neither of whom oppose the relief sought in this Motion.

For the foregoing reasons, the United States request that the Court schedule the deposition of Jamilov to take place on July 29, at 9:00 a.m., in Courtroom 11B, at 801 N Florida Avenue, Tampa, Florida.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney


By: *s/ Daniel J. Marcet*
DANIEL J. MARCET
Assistant United States Attorneys
Florida Bar No. 0114104
400 N. Tampa St., Ste 3200, Tampa, Florida
813/274-6000 | Daniel.Marcet@usdoj.gov

**U.S. v. Shushlebin**                          **Case No.: 8:25-cr-76-TPB-AAS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 8, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Mark O'Brien, Esq.

*/s/ Daniel J. Marcet*
Daniel J. Marcet
Assistant United States Attorney
Florida Bar No. 0114104
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
E-mail: Daniel.Marcet@usdoj.gov
