AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Dmitry Shushlebin<br><br>*Defendant* | )<br>)  Case No.  8:25-cr-00076-TPB-AAS<br>)<br>)<br>) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 7/25/25

*Defendant's signature*

*Signature of defendant's attorney*

Mark J. O'Brien
*Printed name of defendant's attorney*

*Judge's signature*

Amanda Arnold Sansone, USMJ
*Judge's printed name and title*

Print   Save As...   Reset