UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:25-cr-76-TPB-AAS

DMITRY SHUSHLEBIN

### UNITED STATES' UNOPPOSED MOTION TO RESCHEDULE RULE 15 DEPOSITION

Pursuant to Federal Rule of Criminal Procedure 15, the United States hereby moves the Court to reschedule the deposition of codefendant Sanjar Jamilov. The Court had previously ordered that the deposition take place on July 29, 2025, at 9:00 a.m. At that date and time, the parties arrived for the hearing, but due to an inadvertent miscommunication, codefendant Jamilov was not brought to the hearing by the U.S. Marshals.[1]

Accordingly, the United States respectfully requests that the Court enter an order rescheduling the deposition for **July 31, 2025, at 3:00 p.m., in Courtroom 10A, 801 N. Florida Avenue, Tampa, Florida**. The undersigned AUSA has confirmed that the parties, counsel, and courtroom are available at that time, and has spoken with the Marshals to ensure that codefendant Jamilov and defendant Dmitry Shushlebin will be present at that time and location.

---

[1] Although defendant Shushlebin has pled guilty, he declined to admit several important facts about his offense conduct that codefendant Jamilov would testify to. Accordingly, the deposition is still necessary to preserve Jamilov's testimony for future proceedings.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: *s/ Daniel J. Marcet*
DANIEL J. MARCET
Assistant United States Attorneys
Florida Bar No. 0114104
400 N. Tampa St., Ste 3200, Tampa, Florida
813/274-6000 | Daniel.Marcet@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Mark O'Brien, Esq.

*/s/ Daniel J. Marcet*
Daniel J. Marcet
Assistant United States Attorney
Florida Bar No. 0114104
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
E-mail: Daniel.Marcet@usdoj.gov

2