UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                CASE NO. 8:25-cr-76-TPB-AAS

Sanjar Jamilov

### MOTION BY THE UNITED STATES FOR DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE BASED UPON SUBSTANTIAL ASSISTANCE

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines, Title 18, United States Code, Section 3553(e), and Rule 35 of the Federal Rules of Criminal Procedure, the United States moves this Court to grant a two-level reduction in the defendant's offense level, and in support thereof states as follows:

### MEMORANDUM OF LAW

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance.  USSG §5K1.1.  Here, defendant Jamilov provided truthful and timely information to the United States which resulted in one of his co-defendants pleading guilty. In anticipation of his deportation, he also has agreed to testify in a deposition to preserve his testimony for future use, which will take place a few hours after his sentencing.

The United States believes that, because of his efforts on behalf of the United States, Jamilov should receive a two-level reduction in his offense level for his assistance.

1

## <u>CONCLUSION</u>

For the foregoing reasons, this Court should grant the government's motion

for downward departure of defendant's sentence.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney


By:    /s/Daniel J. Marcet
       Daniel J. Marcet
       Assistant United States Attorney
       Fla. Bar No. 0114104
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602-4798
       Telephone:   (813) 274-6000
       Facsimile:    (813) 274-6358
       E-mail: Daniel.Marcet@usdoj.gov

2