**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                    CASE NO: 8:25-cr-76-TPB-AAS

DMITRY SHUSHLEBIN

_____

## ACCEPTANCE OF PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation (Doc. 76) of United States Magistrate Judge Amanda Arnold Sansone, the plea of guilty of the defendant to Counts One, Two, Three & Four of the Superseding Information is now **ACCEPTED** and the defendant, DMITRY SHUSHLEBIN, is **ADJUDGED GUILTY** of such offenses.

**IT IS FURTHER ORDERED** that sentencing is hereby scheduled before United States District Judge Thomas P. Barber, at the Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Courtroom 14A, Tampa, Florida, 33602, on **OCTOBER 23, 2025, at 2:30 P.M.** **Counsel of record and/or the United States Probation Office shall contact Chambers immediately should it be anticipated that this hearing will exceed thirty (30) minutes**.

**DONE** and **ORDERED** in Tampa, Florida this 29th day of July, 2025.

_____
TOM BARBER
UNITED STATES DISTRICT JUDGE