**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE NO.** 8:25-cr-76-TPB-AAS | | **DATE:** | July 31, 2025 |
| **HONORABLE THOMAS P. BARBER** | | **INTERPRETER:** | N/A |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**SANJAR JAMILOV**<br>**a/k/a Jerry Braun** | | **LANGUAGE:** | |
| | | **GOVERNMENT COUNSEL**<br>Daniel Marcet, AUSA | |
| | | **DEFENSE COUNSEL**<br>David Haas, ret. | |
| **COURT REPORTER:** Rebekah Lockwood | | **DEPUTY CLERK:** | Sonya Cohn |
| **TIME:** 10:50 – 11:01 a.m. | **TOTAL:** 11 mins. | **PROBATION:** | Tyler Campbell |
| | | **COURTROOM:** | 14A |

**PROCEEDINGS: SENTENCING HEARING**

Defendant sworn and adjudged guilty as to Count One of the Indictment.

Statements made by Counsel. Defendant addressed the Court.

Imprisonment: **TIME SERVED**

No term of Supervised Release imposed. If defendant is deported, he shall not re-enter the United States without the express permission of the appropriate governmental authority.

Fine is waived. Special Assessment: $100.00 to be paid immediately.

Defendant is to cooperate in the collection of DNA as instructed by the Probation Officer.

Counts Two, Three, Four & Five are dismissed in accordance with plea agreement.

Government's 5K1.1 motion (Doc. 80) is GRANTED.

Defendant is remanded into the custody of the U.S. Marshals for appropriate processing by the Bureau of Customs and Immigration.

Defendant advised of right to appeal and to counsel on appeal.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING
(prior to any variances/departures)

| | |
|---|---|
| Total Offense Level | 8 |
| Criminal History Category | I |
| Imprisonment Range | Up to 6 Months |
| Supervised Release Range | 1 - 3 Years |
| Restitution | N/A |
| Fine Range | $2,000 - $20,000 |
| Special Assessment | $100.00 |