UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

Case No.: 8:25-cr-76-TPB-AAS

v.

DMITRY SHUSHLEBIN

**UNITED STATES' UNOPPOSED MOTION FOR
RULE 15 DEPOSITION**

Pursuant to Federal Rule of Criminal Procedure 15, the United States hereby moves the Court to order that the deposition of Inna Kuznietsova be taken in order to preserve her testimony for future proceedings in this case. The Parties request that the deposition take place on **August 18, 2025, at 1:00 p.m., in Courtroom 10A, 801 N. Florida Avenue, Tampa, Florida**.

In support of the Motion, the United States states as follows:

1.      On July 25, 2025, defendant Dmitry Shushlebin pled guilty to a four-count Superseding Information, charging him with conspiracy to submit false voter registrations, false statements, aggravated identity theft, and wire fraud. Shushlebin pled guilty without a plea agreement, and only admitted a handful of facts in connection with his plea. Shushlebin is scheduled for sentencing on October 23, 2025.

2.      As part of his conduct in this case, it is the position of the United States that Shushlebin hired several other individuals, including Inna Kuznietsova, to work subject to his direction and control in furtherance of his fraud scheme. This fact

is relevant to establishing that he qualifies for an aggravating role enhancement at sentencing, under U.S.S.G. § 3B1.1. Shushlebin declined to admit this fact in connection with his plea.

3.      Kuznietsova has agreed to testify against Shushlebin concerning the work that she performed for him. She is, however, planning to leave the United States before the end of August 2025, and is not planning to return. Accordingly, the United States requests that the Court schedule a deposition pursuant to Federal Rule of Criminal Procedure 15.

4.      The United States will ensure that the procedures of Rule 15 are followed, to include that Shushlebin, who is in custody, is brought to the deposition, and that any Jencks Act material relating to Kuznietsova is produced in advance of the deposition.

5.      The undersigned AUSA has consulted with counsel for Shushlebin, who does not oppose the relief sought in this Motion. The United States has further consulted with courthouse staff to ensure that the requested courtroom is available at the proposed time.

For the foregoing reasons, the United States requests that the Court schedule the deposition of Kuznietsova to take place on August 18, 2025, at 1:00 p.m., in Courtroom 10A, at 801 N Florida Avenue, Tampa, Florida.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney


By: *s/ Daniel J. Marcet*
DANIEL J. MARCET
Assistant United States Attorneys
Florida Bar No. 0114104
400 N. Tampa St., Ste 3200, Tampa, Florida
813/274-6000 | Daniel.Marcet@usdoj.gov

3

**U.S. v. Shushlebin**                          **Case No. 8:25-cr-76-TPB-AAS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 13, 2025, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

Mark O'Brien, Esq.

*/s/ Daniel J. Marcet*
Daniel J. Marcet
Assistant United States Attorney
Florida Bar No. 0114104
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
E-mail: Daniel.Marcet@usdoj.gov

4