UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA     :

                     :

                     :

v.                      :     Case No.: 8:25-CR-76-TPB-AAS

                     :

                     :

DMITRY SHUSHLEBIN        :

_____:

### DEFENDANT DMITRY SUSHLEBIN'S
### UNOPPOSED MOTION TO CONTINUE SENTENCING

COMES NOW, the Defendant, DMITY SHUSHLEBIN, by and through his undersigned counsel, and hereby files this his unopposed motion to continue sentencing and in support states as follows:

1. On July 25, 2025, the Defendant pled guilty to counts one through four of the superseding information.

2. On July 29, 2025, the Defendant's guilty plea was accepted, and sentencing was scheduled for October 23, 2025, and later rescheduled for October 22, 2025.

3. The initial draft of the Presentence Investigation Report (hereafter, PSI) was disclosed on September 18, 2025.

4. Undersigned counsel raised several sentencing guideline issues and identified several PSI factual issues that must be clarified before undersigned counsel decides whether to file additional guideline objections.

5. Undersigned counsel requires additional time to work with United States Probation and the government to resolve the above issues.

6. In addition, undersigned counsel needs time to discuss the PSI with the Defendant so that only non-frivolous PSI objections are made.

7. Confounding matters, on September 26, 2025, the Defendant suffered a significant injury at the Citrus County Detention Center and cannot meaningfully conference with undersigned counsel.

8. Undersigned counsel respectfully requests that the sentencing hearing be continued and re-scheduled for November 19, 2025, at 3:00 p.m.

9. The Defendant does not oppose this request.

10. The government does not oppose this request.

11. This motion is not intended to unnecessarily delay proceedings but rather to facilitate the possible resolution of disputed factual and guideline issues, to meaningfully conference with the Defendant, and to allow the Defendant sufficient time to heal and recover from his injury.

2

## **CONCLUSION**

WHEREFORE, the Defendant, DMITRY SHUSHLEBIN, by and through the undersigned counsel respectfully requests this Honorable Court grant the stated relief and/or any other relief this Honorable Court deems appropriate.

Respectfully submitted,

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
Florida Bar No.: 0160210
511 West Bay Street
Suite 330
Tampa, Florida 33606
D: (813) 228-6989
E: mjo@markjobrien.com

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on October 2, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire

4