UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA      :
                              :
                              :
                              :
v.                            :        Case No.: 8:25-CR-76-TPB-AAS
                              :
                              :
DMITRY SHUSHLEBIN             :
_____:

**<u>DEFENDANT DMITRY SHUSHLEBIN'S</u>**
**<u>UNOPPOSED MOTION TO CONTINUE SENTENCING</u>**

COMES NOW, the Defendant, DMITRY SHUSHLEBIN, by and through his undersigned counsel, and hereby files this his unopposed motion to continue sentencing and in support states as follows:

1. On July 25, 2025, the Defendant pled guilty to counts one through four of the superseding information, and on July 29, 2025, his guilty pleas were accepted.

2. The initial draft of the Presentence Investigation Report (hereafter, PSI) was disclosed on September 18, 2025.

3. Undersigned counsel raised several sentencing guideline issues and identified several PSI factual issues that needed to be clarified before undersigned counsel decided whether to file guideline objections.

4.     The government has now provided additional information to address the factual and sentencing guideline issues of concern, and undersigned counsel is working through those issues with the Defendant, United States Probation, and the government.

5.     To complicate matters, the Defendant is still dealing with significant vision issues relating to an injury he sustained in an incident at the Citrus County Detention Center in late September.

6.     The sentencing hearing is scheduled for December 15, 2025.

7.     To allow sufficient time to work through the outstanding factual and sentencing guideline issues before sentencing, undersigned counsel respectfully requests that the sentencing hearing be continued and re-scheduled for late January 2026.

8.     The Defendant does not oppose this request.

9.     The government does not oppose this request.

10.    This motion is not intended to unnecessarily delay proceedings but rather to facilitate the possible resolution of disputed factual and guideline issues, to meaningfully conference with the Defendant, and to allow the Defendant additional time to recover from his injury.

# **CONCLUSION**

WHEREFORE, the Defendant, DMITRY SHUSHLEBIN, by and through the undersigned counsel respectfully requests this Honorable Court grant the stated relief and/or any other relief this Honorable Court deems appropriate.

Respectfully submitted,

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
Florida Bar No.: 0160210
511 West Bay Street
Suite 330
Tampa, Florida 33606
D:     (813) 228-6989
E:     mjo@markjobrien.com

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on December 3, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire

4