AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
Middle District of Florida ▼

| | |
|---|---|
| United States of America | ) |
| *Plaintiff* | ) |
| v. | )    Case No.   8:25-cr-76-TPB-AAS |
| Dmitry Shushlebin | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America

Date:    02/09/2026

*Attorney's signature*

Edward P. Sullivan (NY Bar # 2730132)
*Printed name and bar number*
U.S. Department of Justice
Criminal Division, Public Integrity Section
1301 New York Ave., NW, 10th Floor
Washington, DC 20530

*Address*

Edward.Sullivan@usdoj.gov
*E-mail address*

(202) 514-1412
*Telephone number*

(202) 514-3003
*FAX number*