**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

      **Plaintiff,**

**vs.**                                                          **CASE NO. 8:25-cr-76-TPB-AAS**

**DMITRY SHUSHLEBIN,**

      **Defendant.**

_____/

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Mark P. Rankin Esq., of The Law Office of

Mark P. Rankin, P.A., hereby appears as counsel for the Defendant, Dmitry

Shushlebin, in the above-captioned case.

Respectfully submitted,

/s/ Mark P. Rankin
Mark P. Rankin
Florida Bar No. 0177970
The Law Office of Mark P. Rankin, P.A.
2274 State Rd. 580
Clearwater, FL 33763
Telephone No. (727) 365-1751
Email: mark@rankinlawoffice.com