**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

      **Plaintiff,**

**vs.**                                                      **CASE NO. 8:25-cr-76-TPB-AAS**

**DMITRY SHUSHLEBIN,**

      **Defendant.**

_____/

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

The Defendant, through undersigned counsel, respectfully moves the Court to reschedule the sentencing hearing in the case, which is scheduled for April 28, 2026. Undersigned counsel was just set for a jury trial (date certain) before Judge Moody beginning on April 27, 2026.

This motion is not for purposes of delay and will not prejudice any victim in this case.

The United States has no objection to this motion.

Respectfully submitted,

_/s/ Mark P. Rankin_
Mark P. Rankin
Florida Bar No. 0177970
The Law Office of Mark P. Rankin, P.A.
2274 State Rd. 580
Clearwater, FL 33763
Telephone No. (727) 365-1751
Email: mark@rankinlawoffice.com