UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                  CASE NO. 8:25-cr-76-TPB-AAS

DMITRY SHUSHLEBIN

### JOINT MOTION TO CONTINUE SENTENCING

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, and counsel for the defendant, Dmitry Shushlebin, request that this Court continue the sentencing in this case now set for May 19, 2026, to June or July 2026, and in support of its motion states as follows:

1.      On February 18, 2025, a federal grand jury in the Middle District of Florida, Tampa Division, returned a seven-count Indictment charging Shushlebin and his co-conspirator with conspiracy, in violation of 18 U.S.C. § 371 (Count 1); giving false information in registering to vote, in violation of 52 U.S.C. § 10307(c) and 18 U.S.C. § 2 (Counts 2 and 3); submission of fraudulent voter registrations, in violation of 52 U.S.C. § 20511(2)(A) and 18 U.S.C. § 2 (Counts 4 and 5); and making false statements, in violation of 18 U.S.C. § 1001(a)(2) (Counts 6 and 7). Doc. 16.

2.      The United States then filed a four-count, Superseding Information on July 24, 2025, charging the defendant with conspiracy to give false information in registering to vote and submit fraudulent voter registrations, in violation of 18 U.S.C. § 371 (Count 1); wire fraud, in violation of 18 U.S.C. § 1343 (Count 2); making false

statements, in violation of 18 U.S.C. § 1001(a)(2) (Count 3); and aggravated identity theft, in violation of 18 U.S.C. § 1028A(a)(1) (Count 4). Doc. 69.

3.      Shushlebin pleaded guilty to all four counts in the Superseding Information on July 25, 2025. Docs. 72, 81. The Court scheduled Shushlebin's sentencing for May 19, 2026 at 2:00pm.

4.      A continuance is necessary because the parties are waiting for additional information regarding restitution. The parties believe that additional information that the Court should consider at the time of Shushlebin's sentencing has not been, and will not be, fully developed by the currently scheduled sentencing date. Such a continuance would be in the best interests of both the defendant and the United States and would allow both parties to properly prepare for the sentencing hearing.

5.    Counsel for both parties have conferred regarding this continuance and agree to this joint request for a rescheduling of the sentencing hearing until June or July 2026.[1]

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    /s/ *Lindsey Schmidt*
Lindsey Schmidt
Assistant United States Attorney
USA No. 222
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: lindsey.schmidt@usdoj.gov

---

[1] Mr. Rankin will be outside the United States on a preplanned trip from June 24 through July 4. Accordingly, the parties respectfully request that the Court not schedule sentencing during that period.

**U.S. v. Shushlebin**                          **Case No. 8:25-cr-76-TPB-AAS**

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2026, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

Defense Counsel of Record


/s/ *Lindsey Schmidt*
Lindsey Schmidt
Assistant United States Attorney
USA No. 222
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: lindsey.schmidt@usdoj.gov