UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                  CASE NO. 8:25-cr-76-TPB-AAS

DMITRY SHUSHLEBIN

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, and counsel for the defendant, Dmitry Shushlebin, request that this Court continue the sentencing in this case now set for July 9, 2026, to the following week or for another time that is suitable to the Court and in support of its motion states as follows:

1.      On February 18, 2025, a federal grand jury in the Middle District of Florida, Tampa Division, returned a seven-count Indictment charging Shushlebin and his co-conspirator with conspiracy, in violation of 18 U.S.C. § 371 (Count 1); giving false information in registering to vote, in violation of 52 U.S.C. § 10307(c) and 18 U.S.C. § 2 (Counts 2 and 3); submission of fraudulent voter registrations, in violation of 52 U.S.C. § 20511(2)(A) and 18 U.S.C. § 2 (Counts 4 and 5); and making false statements, in violation of 18 U.S.C. § 1001(a)(2) (Counts 6 and 7). Doc. 16.

2.      The United States then filed a four-count, Superseding Information on July 24, 2025, charging the defendant with conspiracy to give false information in registering to vote and submit fraudulent voter registrations, in violation of 18 U.S.C. § 371 (Count 1); wire fraud, in violation of 18 U.S.C. § 1343 (Count 2); making false

statements, in violation of 18 U.S.C. § 1001(a)(2) (Count 3); and aggravated identity theft, in violation of 18 U.S.C. § 1028A(a)(1) (Count 4). Doc. 69.

3.    Shushlebin pleaded guilty to all four counts in the Superseding Information on July 25, 2025. Docs. 72, 81. The Court scheduled Shushlebin's sentencing for July 9, 2026 at 3:00pm.

4.    Counsel for the United States will be outside of the state on a preplanned trip on the date of the sentencing. Given my familiarity with the facts and circumstances of this matter, I would respectfully request that the hearing be rescheduled to accommodate my personal conflict.

5.    Counsel for both parties have conferred regarding this continuance and counsel for Mr. Shushlebin does not object to the request to reschedule the sentencing hearing.

2

The United States thus respectfully requests this Court reschedule the

sentencing hearing for another date that is suitable to the Court and counsel.


Respectfully submitted,

GREGORY W. KEHOE
United States Attorney


By:    /s/ *Lindsey Schmidt*
        Lindsey Schmidt
        Assistant United States Attorney
        USA No. 222
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602-4798
        Telephone: (813) 274-6000
        Facsimile: (813) 274-6358
        E-mail: lindsey.schmidt@usdoj.gov

**U.S. v. Shushlebin**                                    **Case No. 8:25-cr-76-TPB-AAS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 10, 2026, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

Defense Counsel of Record


/s/ *Lindsey Schmidt*
Lindsey Schmidt
Assistant United States Attorney
USA No. 222
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: lindsey.schmidt@usdoj.gov