# EXHIBIT A

| APPLICATION_START_DATE | LOAN_TAKEN_DATE | CUSTOMER_ID | LOAN_ID | FIRST_NAME | LAST_NAME | PHONE_NUMBER | CUSTOMER_SSN_ITIN | STREET1 | CITY | STATE | ZIP_CODE | MERCHANT_NAME_FROM_AUDIT | LOAN_ISSUED_AMOUNT | ACCOUNT_NUMBER | ROUTING_NUMBER | FINANCIAL_INSTITUTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/26/2021 | 11/26/2021 | 1658099 | 3449113 | Brant | Gilson | 5173660216 | [redacted] | 10556 Combie Rd, unit #37 | Auburn | CA | 95602 | One Broward Body Shop Premium | $570.00 | [redacted] | [redacted] | Bank of America |
| 2/20/2023 | 2/20/2023 | 3536664 | 7368175 | Tyree | Dougherty | 7277464310 | [redacted] | 4820 Venetian Boulevard | St. Petersburg | FL | 33703 | Amaro Dental | $2,929.00 | [redacted] | [redacted] | Bank of |
| 5/23/2023 | 5/23/2023 | 4027140 | 8411656 | Ayden | Rodgers | 7275980746 | [redacted] | 2444 2nd Avenue North | St. Petersburg | FL | 33713 | Smile Mall Dental | $3,799.00 | [redacted] | [redacted] | Wells Fargo |
| 9/19/2021 | 9/19/2021 | 1261511 | 3037134 | Zak | Morrison | 2362330747 | [redacted] | 13300 South Cleveland Ave, unit #232 | Fort Myers | FL | 33907 | Premium Auto Group of Miami | $2,580.00 | [redacted] | [redacted] | Bank of America |
| 2/9/2023 | 2/9/2023 | 3367746 | 7259882 | Shon | Aldridge | 7273660394 | [redacted] | 505 2nd Street Southwest | Pipestone | MN | 56164 | Amaro Dental | $2,229.00 | [redacted] | [redacted] | Bank of |
| 11/26/2021 | 11/26/2021 | 1649330 | 3448913 | Vern | Pino | 6035849297 | [redacted] | 13300 South Cleveland Avenue, unit #232 | Fort Myers | FL | 33907 | Premium Auto Group of Miami | $954.00 | [redacted] | [redacted] | Jp morgan chase |
| 5/15/2023 | 5/15/2023 | 3972511 | 8312587 | Chad | Stewart | 7279106214 | [redacted] | 7014 Onyx Dr N | Saint Petersburg | FL | 33702 | Handyman Service | $3,780.00 | [redacted] | [redacted] | Bank of |
| 11/22/2021 | 11/22/2021 | 1649330 | 3430867 | Vern | Pino | 7076518439 | [redacted] | 13300 South Cleveland Avenue, unit #232 | Fort Myers | FL | 33907 | Premium Auto Group of Miami | $588.00 | [redacted] | [redacted] | Jp morgan chase |
| 11/9/2021 | 11/9/2021 | 1609341 | 3348391 | Diego | Self | 4175829819 | [redacted] | 13300 South Cleveland Avenue, unit #232 | Fort Myers | FL | 33907 | Three Brothers Body Shop | $1,410.00 | [redacted] | [redacted] | Jp morgan chase |
| 9/12/2021 | 9/12/2021 | 1187592 | 2999560 | Darrell | Banasik | 3802181997 | [redacted] | 13300 South Cleveland Ave, #232 | Fort Myers | FL | 33907 | Premium Auto Group of Miami | $1,610.00 | [redacted] | [redacted] | Bank of America |
| 3/6/2023 | 3/6/2023 | 3609008 | 7522402 | Michael | Burke | 7272396253 | [redacted] | 8420 Macoma Drive | St. Petersburg | FL | 33702 | Amaro Dental | $2,619.00 | [redacted] | [redacted] | Bank of |
| 1/27/2023 | 1/27/2023 | 3423888 | 7130168 | Foster | Haugen | 7868757957 | [redacted] | 1431 22nd Ave N | Saint Petersburg | FL | 33704 | Amaro Dental | $3,849.00 | [redacted] | [redacted] | Bank of |
| 10/18/2021 | 10/18/2021 | 1535593 | 3206502 | Rodger | Furman | 9892638895 | [redacted] | 1392 TURF FARM WY | Payson | UT | 84651 | Three Brothers Body Shop | $655.02 | [redacted] | [redacted] | Jp morgan chase |
| 11/17/2021 | 11/17/2021 | 1610665 | 3400323 | Vernita | Croft | 7472747014 | [redacted] | 13300 South Cleveland Avenue, unit #232 | Fort Myers | FL | 33907 | One Broward Body Shop Premium | $1,182.00 | [redacted] | [redacted] | Bank of America |
| 10/31/2021 | 10/31/2021 | 1581027 | 3290204 | Emery | Bickford | 9302154987 | [redacted] | 110 Yellowstone Avenue | Pocatello | ID | 83201 | One Broward Body Shop Premium | $1,020.00 | [redacted] | [redacted] | Bank of America |
| 11/18/2021 | 11/18/2021 | 1619989 | 3404904 | Shon | Breen | 2563949751 | [redacted] | 13300 South Cleveland Avenue | Fort Myers | FL | 33907 | One Broward Body Shop Premium | $420.00 | [redacted] | [redacted] | Bank of America |
| 4/20/2023 | 4/20/2023 | 3735763 | 8031569 | SETH | ARCHER | 5612238279 | [redacted] | 4775 VENETIAN BLVD NE | SAINT | FL | 33703 | Smile Mall Dental | $3,499.00 | [redacted] | [redacted] | Wells Fargo |
| 5/19/2023 | 5/24/2023 | 4011030 | 8423069 | TYLER | NOBLE | 7275980734 | [redacted] | 217 BANDERA WAY NE | SAINT | FL | 33704 | Smile Mall Dental | $2,564.47 | [redacted] | [redacted] | Wells Fargo |
| 10/14/2021 | 10/14/2021 | 1532297 | 3186914 | Quintin | Mccormack | 2088340893 | [redacted] | 13300 South Cleveland Ave, unit #232 | Fort Myers | FL | 33907 | Premium Auto Group of Miami | $1,800.00 | [redacted] | [redacted] | Bank of America |
| 11/24/2021 | 11/24/2021 | 1645933 | 3442380 | Mckinley | Guest | 7046497618 | [redacted] | 26635 Pierce Circle | Murrieta | CA | 92562 | Premium Auto Group of Miami | $810.00 | [redacted] | [redacted] | Jp morgan chase |
| 9/15/2021 | 9/15/2021 | 1452089 | 3018121 | Fabian | Klimek | 9203986715 | [redacted] | 13300 South Cleveland Ave, #232 | Fort Myers | FL | 33907 | Premium Auto Group of Miami | $2,887.50 | [redacted] | [redacted] | Bank of America |
| 10/18/2021 | 10/18/2021 | 1525352 | 3205541 | Harland | Stubbs | 8192727305 | [redacted] | 13300 South Cleveland Ave, unit #232 | Fort Myers | FL | 33907 | One Broward Body Shop Premium | $1,416.00 | [redacted] | [redacted] | Bank of America |
| 9/26/2021 | 9/26/2021 | 1479445 | 3075686 | Cole | Bannister | 8735060706 | [redacted] | 669 Salfordville Road | Harleysville | PA | 19438 | Three Brothers Body Shop | $910.00 | [redacted] | [redacted] | Jp morgan chase |
| 3/19/2023 | 3/19/2023 | 3622357 | 7662452 | Terry | Bradley | 7279672200 | [redacted] | 5127 Caesar Way South | St. Petersburg | FL | 33712 | Amaro Dental | $3,559.00 | [redacted] | [redacted] | Bank of |
| 2/23/2023 | 2/23/2023 | 3555633 | 7407978 | Sang | Shannon | 7273106762 | [redacted] | 868 Glades Court | St. Petersburg | FL | 33702 | Amaro Dental | $3,559.00 | [redacted] | [redacted] | Bank of |
| 5/16/2023 | 5/16/2023 | 3982822 | 8330408 | STEVEN | POWELL | 7275980085 | [redacted] | 1641 WATERMARK CIR NE | SAINT | FL | 33702 | Smile Mall Dental | $3,749.00 | [redacted] | [redacted] | Wells Fargo |
| 3/19/2023 | 3/19/2023 | 3622135 | 7662887 | Scott | Neal | 7279673348 | [redacted] | 9100 Treasure Lane | St. Petersburg | FL | 33702 | Amaro Dental | $1,899.00 | [redacted] | [redacted] | Bank of |
| 10/29/2021 | 10/29/2021 | 1577471 | 3281974 | Galen | Cheatham | 3612285931 | [redacted] | 103 East 2nd Street | Carnegie | OK | 73015 | Premium Auto Group of Miami | $1,020.00 | [redacted] | [redacted] | Jp morgan chase |
| 9/15/2021 | 9/15/2021 | 1451145 | 3015973 | David | Forys | 9014642954 | [redacted] | 6313 Arthur St | Hollywood | FL | 33024 | One Broward Body Shop Premium | $2,700.00 | [redacted] | [redacted] | Bank of America |

| APPLICATION_START_DATE | LOAN_TAKEN_DATE | CUSTOMER_ID | LOAN_ID | FIRST_NAME | LAST_NAME | PHONE_NUMBER | CUSTOMER_SSN_ITIN | STREET1 | CITY | STATE | ZIP_CODE | MERCHANT_NAME_FROM_AUDIT | LOAN_ISSUED_AMOUNT | ACCOUNT_NUMBER | ROUTING_NUMBER | FINANCIAL_INSTITUTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/25/2021 | 8/25/2021 | 1261848 | 2907403 | Allan | Rassia | 7372812781 | [redacted] | 2571 SW 79th Ave | Fort Lauderdale | FL | 33324 | One Broward Body Shop Premium | $1,760.00 | [redacted] | [redacted] | Bank of America |
| 7/11/2022 | 7/11/2022 | 2495981 | 5180542 | Lois | Hess | 5672418222 | [redacted] | 152 Ohio Street | Mansfield | OH | 44903 | JDog Junk Removal Mount Gilead | $199.00 | [redacted] | [redacted] | Navy federal credit union |
| 9/26/2022 | 9/26/2022 | 2852248 | 5924030 | Bridgette | Skatzes | 4195127695 | [redacted] | 210 East Cedar Street | Mount Gilead | OH | 43338 | JDog Junk Removal Mount Gilead | $380.00 | [redacted] | [redacted] | Navy federal credit union |
| 3/9/2023 | 3/9/2023 | 3629620 | 7565684 | Daniel | Wyatt | 7279676475 | [redacted] | 1611 Country Club Road | St. Petersburg | FL | 33710 | Amaro Dental | $2,299.00 | [redacted] | [redacted] | Bank of |
| 10/15/2021 | 10/15/2021 | 1510298 | 3193988 | Virgilio | Batson | 8106570424 | [redacted] | 86 Frank Lane | Forest | MS | 39074 | Three Brothers Body Shop | $1,680.00 | [redacted] | [redacted] | Jp morgan chase |
| 10/31/2021 | 10/31/2021 | 1577471 | 3289961 | Galen | Cheatham | 3182800027 | [redacted] | 103 East 2nd Street | Carnegie | OK | 73015 | Premium Auto Group of Miami | $1,356.00 | [redacted] | [redacted] | Jp morgan chase |
| 8/2/2021 | 8/2/2021 | 1253128 | 2789951 | Hendrych | Nowak | 2075062743 | [redacted] | 1957 Scott Street | Hollywood | FL | 33020 | Premium Auto Group of Miami | $3,600.00 | [redacted] | [redacted] | Bank of America |
| 3/13/2023 | 3/13/2023 | 3629637 | 7596686 | Samuel | Bowman | 7279225039 | [redacted] | 4503 Dartmouth Ave N, | Saint Petersburg | FL | 33713 | Amaro Dental | $2,649.00 | [redacted] | [redacted] | Bank of |
| 6/12/2021 | 6/12/2021 | 1187592 | 2529222 | Darrell | Banasik | 2016167057 | [redacted] | 13300 South Cleveland Ave, #232 | Fort Myers | FL | 33907 | Premium Auto Group of Miami | $600.00 | [redacted] | [redacted] | Bank of America |
| 3/8/2023 | 3/8/2023 | 3622135 | 7549837 | Scott | Neal | 7279673348 | [redacted] | 9100 Treasure Lane | St. Petersburg | FL | 33702 | Amaro Dental | $2,499.00 | [redacted] | [redacted] | Bank of |
| 10/24/2021 | 10/24/2021 | 1560452 | 3246679 | Sammie | Finney | 2525109475 | [redacted] | 48 Evergreen Drive | Boothbay | ME | 4537 | One Broward Body Shop Premium | $940.95 | [redacted] | [redacted] | Bank of America |
| 2/21/2023 | 2/21/2023 | 3539345 | 7382092 | Jasper | Novak | 7275980741 | [redacted] | 125 78th Avenue | St. Petersburg | FL | 33702 | Amaro Dental | $2,969.00 | [redacted] | [redacted] | Bank of |
| 2/22/2023 | 2/22/2023 | 3546827 | 7389660 | Rico | Arias | 7272515997 | [redacted] | 721 Live Oak Avenue | St. Petersburg | FL | 33703 | Amaro Dental | $2,589.00 | [redacted] | [redacted] | Bank of |
| 3/6/2023 | 3/6/2023 | 3539345 | 7523066 | Jasper | Novak | 7275980741 | [redacted] | 125 78th Avenue | St. Petersburg | FL | 33702 | Amaro Dental | $2,839.00 | [redacted] | [redacted] | Bank of |
| 8/31/2021 | 8/31/2021 | 1415288 | 2939390 | Jasper | Paulsen | 5319107005 | [redacted] | 1118 West Granada Boulevard | Ormond Beach | FL | 32174 | Premium Auto Group of Miami | $1,750.00 | [redacted] | [redacted] | Bank of America |
| 3/10/2023 | 3/10/2023 | 3585337 | 7570813 | Cristobal | Ahern | 7276859158 | [redacted] | 590 55th Avenue | St. Petersburg | FL | 33703 | Amaro Dental | $2,399.00 | [redacted] | [redacted] | Bank of |
| 11/16/2021 | 11/16/2021 | 1615225 | 3388424 | Dewitt | Doss | 9124700716 | [redacted] | 13300 South Cleveland Avenue | Fort Myers | FL | 33907 | Premium Auto Group of Miami | $1,224.00 | [redacted] | [redacted] | Jp morgan chase |
| 2/7/2023 | 2/7/2023 | 3331449 | 7232855 | Mitch | Bull | 7272494875 | [redacted] | 150 Middle Street | Lake Mary | FL | 32746 | Amaro Dental | $2,699.00 | [redacted] | [redacted] | Bank of |
| 1/6/2023 | 1/6/2023 | 3325094 | 6919044 | Ariel | Elston | 7272528891 | [redacted] | 4697 South Runion Road | Rushville | IN | 46173 | Amaro Dental | $3,099.00 | [redacted] | [redacted] | Bank of |
| 11/18/2021 | 11/18/2021 | 1611149 | 3405372 | Chet | Rudolph | 2292239254 | [redacted] | 13300 South Cleveland Avenue | Fort Myers | FL | 33907 | Three Brothers Body Shop | $1,242.00 | [redacted] | [redacted] | Jp morgan chase |
| 3/5/2023 | 3/5/2023 | 3569172 | 7511746 | Artem | Ermakov | 7273106586 | [redacted] | 9100 Treasure Lane | St. Petersburg | FL | 33702 | Amaro Dental | $2,919.00 | [redacted] | [redacted] | Bank of |
| 11/2/2021 | 11/2/2021 | 1587106 | 3302161 | Duncan | Minton | 5407623815 | [redacted] | 13300 South Cleveland Ave, unit #232 | Fort Myers | FL | 33907 | One Broward Body Shop Premium | $1,206.27 | [redacted] | [redacted] | Bank of America |
| 8/30/2021 | 8/30/2021 | 1411998 | 2932562 | Bego | Vidmajer | 2256124489 | [redacted] | 2705 Liberty Avenue | Titusville | FL | 32780 | One Broward Body Shop Premium | $945.00 | [redacted] | [redacted] | Bank of America |
| 10/13/2021 | 10/13/2021 | 1528015 | 3178007 | Joan | Shumaker | 2498011843 | [redacted] | 13300 South Cleveland Ave, unit #232 | Fort Myers | FL | 33907 | One Broward Body Shop Premium | $927.60 | [redacted] | [redacted] | Bank of America |
| 11/26/2021 | 11/26/2021 | 1653014 | 3449767 | Harland | Han | 9512599337 | [redacted] | 517 North West Street | New Cordell | OK | 73632 | One Broward Body Shop Premium | $918.00 | [redacted] | [redacted] | Bank of America |
| 10/14/2021 | 10/14/2021 | 1531949 | 3186171 | Harley | Nieto | 8148940157 | [redacted] | 15 East 2nd Street | Carnegie | OK | 73015 | One Broward Body Shop Premium | $1,974.00 | [redacted] | [redacted] | Bank of America |
| 2/24/2023 | 2/24/2023 | 3562005 | 7422111 | Damion | Falcon | 7273089758 | [redacted] | 7014 Onyx Drive North | St. Petersburg | FL | 33702 | Amaro Dental | $2,972.96 | [redacted] | [redacted] | Bank of |
| 3/14/2023 | 3/14/2023 | 3648723 | 7606529 | Harry | Price | 7275980764 | [redacted] | 125 78th Avenue | St. Petersburg | FL | 33702 | Amaro Dental | $2,649.00 | [redacted] | [redacted] | Bank of |
| 4/27/2023 | 4/27/2023 | 3871509 | 8104157 | LOUIS | ALLEN | 7275980125 | [redacted] | 636 QUINTANA PL NE | SAINT | FL | 33703 | Smile Mall Dental | $2,416.50 | [redacted] | [redacted] | Wells Fargo |

| APPLICATION_START_DATE | LOAN_TAKEN_DATE | CUSTOMER_ID | LOAN_ID | FIRST_NAME | LAST_NAME | PHONE_NUMBER | CUSTOMER_SSN_ITIN | STREET1 | CITY | STATE | ZIP_CODE | MERCHANT_NAME_FROM_AUDIT | LOAN_ISSUED_AMOUNT | ACCOUNT_NUMBER | ROUTING_NUMBER | FINANCIAL_INSTITUTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/18/2021 | 10/18/2021 | 1540614 | 3206203 | Elliott | Mcdonough | 2318881738 | [redacted] | 2720 Jean Lafitte Blvd | Fernandina Beach | FL | 32034 | Premium Auto Group of Miami | $928.29 | [redacted] | [redacted] | Bank of America |
| 11/14/2021 | 11/14/2021 | 1586679 | 3378480 | Quinton | Atwood | 7176556595 | [redacted] | 13300 South Cleveland Avenue, unit #232 | Fort Myers | FL | 33907 | Premium Auto Group of Miami | $1,260.00 | [redacted] | [redacted] | Jp morgan chase |
| 4/27/2023 | 5/5/2023 | 3885682 | 8206812 | Albert | Ballard | 4064718952 | [redacted] | 4820 Venetian Boulevard | St. Petersburg | FL | 33703 | Smile Mall Dental | $2,739.52 | [redacted] | [redacted] | Wells Fargo |
| 11/16/2021 | 11/16/2021 | 1591119 | 3390001 | Arnulfo | Proffitt | 6626436466 | [redacted] | 13300 South Cleveland Avenue | Fort Myers | FL | 33907 | One Broward Body Shop Premium | $1,284.00 | [redacted] | [redacted] | Bank of America |
| 10/22/2021 | 10/22/2021 | 1528404 | 3238563 | Marcel | Rendon | 6803845018 | [redacted] | 102 Waco Ave | Lubbock | TX | 79415 | Three Brothers Body Shop | $1,320.00 | [redacted] | [redacted] | Jp morgan chase |
| 10/13/2021 | 10/13/2021 | 1528404 | 3178854 | Marcel | Rendon | 4038001523 | [redacted] | 102 Waco Ave | Lubbock | TX | 79415 | Three Brothers Body Shop | $1,021.53 | [redacted] | [redacted] | Jp morgan chase |
| 1/16/2023 | 1/16/2023 | 3367746 | 7013364 | Shon | Aldridge | 7273660394 | [redacted] | 505 2nd Street Southwest | Pipestone | MN | 56164 | Amaro Dental | $3,539.00 | [redacted] | [redacted] | Bank of |
| 11/10/2021 | 11/10/2021 | 1611149 | 3351924 | Chet | Rudolph | 6124725915 | [redacted] | 13300 South Cleveland Avenue | Fort Myers | FL | 33907 | Three Brothers Body Shop | $1,140.00 | [redacted] | [redacted] | Jp morgan chase |
| 3/31/2023 | 4/4/2023 | 3741797 | 7840422 | JAYDEN | GALLOWAY | 7274209311 | [redacted] | 810 22ND ST N | SAINT | FL | 33713 | Smile Mall Dental | $3,549.00 | [redacted] | [redacted] | Wells Fargo |
| 3/30/2023 | 3/30/2023 | 3728491 | 7787944 | SAMUEL | HICKMAN | 7275980763 | [redacted] | 6486 33RD AVE N | SAINT | FL | 33710 | Smile Mall Dental | $3,099.00 | [redacted] | [redacted] | Wells Fargo |
| 10/12/2021 | 10/12/2021 | 1524945 | 3171734 | Cedrick | Hamer | 4372910636 | [redacted] | 13300 South Cleveland Ave, unit #232 | Fort Myers | FL | 33907 | Three Brothers Body Shop | $970.61 | [redacted] | [redacted] | Jp morgan chase |
| 11/2/2021 | 11/2/2021 | 1586544 | 3301123 | Buddy | Abell | 9152790506 | [redacted] | 13300 South Cleveland Ave, unit #232 | Fort Myers | FL | 33907 | Three Brothers Body Shop | $1,260.00 | [redacted] | [redacted] | Jp morgan chase |
| 4/26/2023 | 4/26/2023 | 3874579 | 8092528 | James | Wilcox | 9548713864 | [redacted] | 3200 1st St N | Saint Petersburg | FL | 33704 | Handyman Service | $2,935.50 | [redacted] | [redacted] | Bank of |
| 11/14/2021 | 11/14/2021 | 1584464 | 3378180 | Consuelo | Baylor | 4063046363 | [redacted] | 10 Conner Lane | Hayesville | NC | 28904 | One Broward Body Shop Premium | $1,188.00 | [redacted] | [redacted] | Bank of America |
| 11/15/2021 | 11/15/2021 | 1587106 | 3384863 | Duncan | Minton | 4353147989 | [redacted] | 13300 South Cleveland Ave, unit #232 | Fort Myers | FL | 33907 | One Broward Body Shop Premium | $1,644.00 | [redacted] | [redacted] | Bank of America |
| 6/23/2021 | 6/23/2021 | 1253065 | 2582677 | Ilya | Yazikov | 3052502898 | [redacted] | 1244 Northeast 1st Avenue | Fort Lauderdale | FL | 33304 | Premium Auto Group of Miami | $200.00 | [redacted] | [redacted] | Bank of America |
| 2/9/2023 | 2/9/2023 | 3322567 | 7259160 | Weston | Dyer | 7272183247 | [redacted] | 1938 Darst Road | Beasley | TX | 77417 | Amaro Dental | $2,579.00 | [redacted] | [redacted] | Bank of |
| 3/18/2023 | 3/18/2023 | 3609008 | 7659301 | Michael | Burke | 7272396253 | [redacted] | 8420 Macoma Drive | St. Petersburg | FL | 33702 | Amaro Dental | $1,699.00 | [redacted] | [redacted] | Bank of |
| 9/27/2021 | 9/27/2021 | 1482912 | 3082811 | Nolan | Mccloud | 3439456972 | [redacted] | 40966 J Rd | Mancos | CO | 81328 | One Broward Body Shop Premium | $731.50 | [redacted] | [redacted] | Bank of America |
| 11/21/2021 | 11/21/2021 | 1645933 | 3424033 | Mckinley | Guest | 2397848674 | [redacted] | 26635 Pierce Circle | Murrieta | CA | 92562 | Premium Auto Group of Miami | $660.00 | [redacted] | [redacted] | Jp morgan chase |
| 11/9/2021 | 11/9/2021 | 1609163 | 3348016 | Jacinto | Free | 2523495610 | [redacted] | 13300 South Cleveland Avenue | Fort Myers | FL | 33907 | Premium Auto Group of Miami | $1,260.00 | [redacted] | [redacted] | Jp morgan chase |
| 3/8/2023 | 3/8/2023 | 3555633 | 7549526 | Sang | Shannon | 7273106762 | [redacted] | 868 Glades Court | St. Petersburg | FL | 33702 | Amaro Dental | $1,999.00 | [redacted] | [redacted] | Bank of |
| 4/4/2023 | 4/14/2023 | 3759633 | 7953953 | David | Foster | 8507494722 | [redacted] | 450 29th Avenue North | St. Petersburg | FL | 33704 | Smile Mall Dental | $3,899.00 | [redacted] | [redacted] | Wells Fargo |
| 10/22/2021 | 10/22/2021 | 1528015 | 3238240 | Joan | Shumaker | 2498011843 | [redacted] | 13300 South Cleveland Ave, unit #232 | Fort Myers | FL | 33907 | One Broward Body Shop Premium | $1,260.00 | [redacted] | [redacted] | Bank of America |
| 10/23/2021 | 10/23/2021 | 1535593 | 3245322 | Rodger | Furman | 4793644152 | [redacted] | 1392 TURF FARM WY | Payson | UT | 84651 | Three Brothers Body Shop | $1,434.00 | [redacted] | [redacted] | Jp morgan chase |
| 11/15/2021 | 11/15/2021 | 1609163 | 3385467 | Jacinto | Free | 2523495610 | [redacted] | 13300 South Cleveland Avenue | Fort Myers | FL | 33907 | Premium Auto Group of Miami | $1,572.00 | [redacted] | [redacted] | Jp morgan chase |
| 11/12/2021 | 11/12/2021 | 1619989 | 3369958 | Shon | Breen | 2722532904 | [redacted] | 13300 South Cleveland Avenue | Fort Myers | FL | 33907 | One Broward Body Shop Premium | $400.00 | [redacted] | [redacted] | Bank of America |
| 2/7/2023 | 2/7/2023 | 3325094 | 7232709 | Ariel | Elston | 7272528891 | [redacted] | 4697 South Runion Road | Rushville | IN | 46173 | Amaro Dental | $2,749.00 | [redacted] | [redacted] | Bank of |

| APPLICATION_START_DATE | LOAN_TAKEN_DATE | CUSTOMER_ID | LOAN_ID | FIRST_NAME | LAST_NAME | PHONE_NUMBER | CUSTOMER_SSN_ITIN | STREET1 | CITY | STATE | ZIP_CODE | MERCHANT_NAME_FROM_AUDIT | LOAN_ISSUED_AMOUNT | ACCOUNT_NUMBER | ROUTING_NUMBER | FINANCIAL_INSTITUTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/7/2021 | 8/7/2021 | 1261848 | 2819451 | allan | rassia | 2109648723 | [redacted] | 2571 SW 79th Ave | Fort Lauderdale | FL | 33324 | One Broward Body Shop Premium | $696.00 | [redacted] | [redacted] | Bank of America |
| 3/5/2023 | 3/5/2023 | 3536664 | 7511710 | Tyree | Dougherty | 7277464310 | [redacted] | 4820 Venetian Boulevard | St. Petersburg | FL | 33703 | Amaro Dental | $2,829.00 | [redacted] | [redacted] | Bank of |
| 11/16/2021 | 11/16/2021 | 1586544 | 3388753 | Buddy | Abell | 7655752523 | [redacted] | 13300 South Cleveland Ave, unit #232 | Fort Myers | FL | 33907 | Three Brothers Body Shop | $1,614.00 | [redacted] | [redacted] | Jp morgan chase |
| 5/23/2023 | 5/23/2023 | 3874579 | 8416261 | James | Wilcox | 9548713864 | [redacted] | 3200 1st St N | Saint Petersburg | FL | 33704 | Handyman Service | $2,612.50 | [redacted] | [redacted] | Bank of |
| 11/26/2021 | 11/26/2021 | 1648339 | 3451280 | Billie | Lemon | 8126611445 | [redacted] | 219 4th Street | New Cordell | OK | 73632 | Three Brothers Body Shop | $930.00 | [redacted] | [redacted] | Jp morgan chase |
| 10/27/2021 | 10/27/2021 | 1569586 | 3265231 | Winford | Christianson | 2692573796 | [redacted] | 75 East Center Street | Springville | UT | 84663 | Three Brothers Body Shop | $1,020.00 | [redacted] | [redacted] | Jp morgan chase |
| 2/28/2023 | 2/28/2023 | 3497090 | 7450741 | Milo | Mcneely | 7277464291 | [redacted] | 5127 Caesar Way South | St. Petersburg | FL | 33712 | Amaro Dental | $2,539.00 | [redacted] | [redacted] | Bank of |
| 10/27/2021 | 10/27/2021 | 1531949 | 3264225 | Harley | Nieto | 3167499377 | [redacted] | 15 East 2nd Street | Carnegie | OK | 73015 | One Broward Body Shop Premium | $887.66 | [redacted] | [redacted] | Bank of America |
| 10/25/2021 | 10/25/2021 | 1532124 | 3250007 | Cleo | Faison | 8327910977 | [redacted] | 1840 1st Street | Idaho Falls | ID | 83401 | Premium Auto Group of Miami | $1,302.00 | [redacted] | [redacted] | Jp morgan chase |
| 5/13/2023 | 5/13/2023 | 3974981 | 8299698 | Dennis | Gould | 7275980737 | [redacted] | 210 62nd Avenue | St. Petersburg | FL | 33702 | Smile Mall Dental | $3,499.00 | [redacted] | [redacted] | Wells Fargo |
| 4/11/2023 | 4/11/2023 | 3723782 | 7911696 | MAX | SHEPPARD | 7273728443 | [redacted] | 5253 1ST AVE N | SAINT | FL | 33710 | Smile Mall Dental | $3,639.00 | [redacted] | [redacted] | Wells Fargo |
| 9/7/2022 | 9/7/2022 | 2760810 | 5735682 | mark | Cherrington | 9377765340 | [redacted] | 71 Norfolk Dr. | Lexington | OH | 44904 | JDog Junk Removal Mount Gilead | $3,999.00 | [redacted] | [redacted] | Navy federal credit union |
| 2/24/2023 | 2/24/2023 | 3562402 | 7422707 | Maynard | Ahern | 7274225718 | [redacted] | 3437 59th Street North | St. Petersburg | FL | 33710 | Amaro Dental | $2,929.06 | [redacted] | [redacted] | Bank of |
| 11/22/2021 | 11/22/2021 | 1648339 | 3428856 | Billie | Lemon | 8186794509 | [redacted] | 219 4th Street | New Cordell | OK | 73632 | Three Brothers Body Shop | $708.00 | [redacted] | [redacted] | Jp morgan chase |
| 5/25/2023 | 5/25/2023 | 4038834 | 8445995 | Ari | Hubbard | 7274335727 | [redacted] | 671 Addison Dr NE | Saint Petersburg | FL | 33716 | Handyman Service | $3,942.50 | [redacted] | [redacted] | Bank of |
| 6/23/2021 | 6/23/2021 | 1253128 | 2582789 | Hendrych | Nowak | 3155228383 | [redacted] | 1957 Scott Street | Hollywood | FL | 33020 | Premium Auto Group of Miami | $160.00 | [redacted] | [redacted] | Bank of America |
| 10/11/2021 | 10/11/2021 | 1520642 | 3163290 | Rocky | Schindler | 6477993313 | [redacted] | 13300 South Cleveland Ave, unit #232 | Fort Myers | FL | 33907 | One Broward Body Shop Premium | $1,932.00 | [redacted] | [redacted] | Bank of America |
| 4/20/2023 | 5/1/2023 | 3850003 | 8146782 | Anthony | Brooks | 7275980783 | [redacted] | 301 Red Cedar Court | St. Petersburg | FL | 33703 | Smile Mall Dental | $3,899.00 | [redacted] | [redacted] | Wells Fargo |
| 3/27/2023 | 3/27/2023 | 1403468 | 7743378 | Colleen | Lewin | 4195698411 | [redacted] | 541 Park Ave | Galion | OH | 44833 | JDog Junk Removal Mount Gilead | $360.00 | [redacted] | [redacted] | Navy federal credit union |
| 5/18/2023 | 5/18/2023 | 3975759 | 8362638 | Anthony | Gill | 7279226516 | [redacted] | 8648 14th way n | Saint Petersburg | FL | 33702 | Handyman Service | $3,375.00 | [redacted] | [redacted] | Bank of |
| 11/22/2021 | 11/22/2021 | 1647737 | 3427571 | Irwin | Shores | 6812644481 | [redacted] | 13300 South Cleveland Avenue, unit #232 | Fort Myers | FL | 33907 | One Broward Body Shop Premium | $540.00 | [redacted] | [redacted] | Bank of America |
| 6/26/2021 | 6/26/2021 | 1261169 | 2600590 | Lauchlan | King | 8022173440 | [redacted] | 500 Malabar Road | Palm Bay | FL | 32908 | Premium Auto Group of Miami | $168.00 | [redacted] | [redacted] | Bank of America |
| 7/12/2022 | 7/12/2022 | 2481314 | 5192630 | Violeta | Colon | 8085943244 | [redacted] | 7634 County Rd 46 | Mount Gilead | OH | 43338 | JDog Junk Removal Mount Gilead | $2,085.00 | [redacted] | [redacted] | Navy federal credit union |
| 10/12/2021 | 10/12/2021 | 1525352 | 3172620 | Harland | Stubbs | 8192727305 | [redacted] | 13300 South Cleveland Ave, unit #232 | Fort Myers | FL | 33907 | One Broward Body Shop Premium | $822.96 | [redacted] | [redacted] | Bank of America |
| 1/5/2023 | 1/5/2023 | 3254383 | 6906280 | Norberto | Sasser | 7868756748 | [redacted] | 1005 Southwest 6th Street | Wagoner | OK | 74467 | Amaro Dental | $4,499.00 | [redacted] | [redacted] | Bank of |
| 1/9/2023 | 1/9/2023 | 3331449 | 6932840 | Mitch | Bull | 7272494875 | [redacted] | 150 Middle Street | Lake Mary | FL | 32746 | Amaro Dental | $2,929.00 | [redacted] | [redacted] | Bank of |
| 11/23/2021 | 11/23/2021 | 1653014 | 3438524 | Harland | Han | 9512599337 | [redacted] | 517 North West Street | New Cordell | OK | 73632 | One Broward Body Shop Premium | $750.00 | [redacted] | [redacted] | Bank of America |
| 1/16/2023 | 1/16/2023 | 3368143 | 7014288 | Carmen | Rhoads | 7868390578 | [redacted] | 3715 Northeast 7th Street | Renton | WA | 98056 | Amaro Dental | $4,239.00 | [redacted] | [redacted] | Bank of |
| 6/26/2021 | 6/26/2021 | 1261848 | 2602233 | allan | rassia | 2109648723 | [redacted] | 2571 SW 79th Ave | Fort Lauderdale | FL | 33324 | One Broward Body Shop Premium | $176.00 | [redacted] | [redacted] | Bank of America |

| APPLICATION_START_DATE | LOAN_TAKEN_DATE | CUSTOMER_ID | LOAN_ID | FIRST_NAME | LAST_NAME | PHONE_NUMBER | CUSTOMER_SSN_ITIN | STREET1 | CITY | STATE | ZIP_CODE | MERCHANT_NAME_FROM_AUDIT | LOAN_ISSUED_AMOUNT | ACCOUNT_NUMBER | ROUTING_NUMBER | FINANCIAL_INSTITUTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/11/2023 | 5/11/2023 | 3963515 | 8280428 | Darren | Smith | 7279106203 | [redacted] | 868 Glades Ct NE | Saint Petersburg | FL | 33702 | Handyman Service | $3,465.00 | [redacted] | [redacted] | Bank of |
| 2/13/2023 | 2/13/2023 | 3503517 | 7298637 | Joan | Valentine | 7277464287 | [redacted] | 1611 Country Club Road | St. Petersburg | FL | 33710 | Amaro Dental | $2,969.00 | [redacted] | [redacted] | Bank of |
| 11/17/2021 | 11/17/2021 | 1609341 | 3400648 | Diego | Self | 4175829819 | [redacted] | 13300 South Cleveland Avenue, unit #232 | Fort Myers | FL | 33907 | Three Brothers Body Shop | $1,554.00 | [redacted] | [redacted] | Jp morgan chase |
| 3/7/2023 | 3/7/2023 | 3553815 | 7536993 | Lincoln | Pettit | 7274323184 | [redacted] | 3200 1st Street North | St. Petersburg | FL | 33704 | Amaro Dental | $2,709.00 | [redacted] | [redacted] | Bank of |
| 5/19/2023 | 5/20/2023 | 4011076 | 8385135 | Ethan | Cunningham | 7275980744 | [redacted] | 317 Park Street North | St. Petersburg | FL | 33710 | Smile Mall Dental | $3,599.00 | [redacted] | [redacted] | Wells Fargo |
| 2/23/2023 | 2/23/2023 | 3553815 | 7405031 | Lincoln | Pettit | 7274323184 | [redacted] | 3200 1st Street North | St. Petersburg | FL | 33704 | Amaro Dental | $2,899.00 | [redacted] | [redacted] | Bank of |
| 6/24/2021 | 6/24/2021 | 1256674 | 2590509 | Amir | Graham | 8037694504 | [redacted] | 650 E Strawbridge Ave | Melbourne | FL | 32901 | One Broward Body Shop Premium | $152.00 | [redacted] | [redacted] | Bank of America |
| 3/15/2023 | 3/15/2023 | 3654144 | 7617517 | Orval | Burkholder | 7274339575 | [redacted] | 5443 7th Avenue North | St. Petersburg | FL | 33710 | Amaro Dental | $2,899.00 | [redacted] | [redacted] | Bank of |
| 10/23/2021 | 10/23/2021 | 1559987 | 3245538 | Rayford | Harp | 2608207868 | [redacted] | 13300 South Cleveland Ave, unit #232 | Fort Myers | FL | 33907 | Premium Auto Group of Miami | $1,246.80 | [redacted] | [redacted] | Jp morgan chase |
| 1/10/2023 | 1/10/2023 | 3337983 | 6946216 | Val | Stephen | 7274653609 | [redacted] | 1440 Pond Lick Road | Annville | KY | 40402 | Amaro Dental | $3,047.38 | [redacted] | [redacted] | Bank of |
| 10/7/2021 | 10/7/2021 | 1511857 | 3144152 | Shad | Andrade | 7097070774 | [redacted] | 13300 South Cleveland Ave, unit #232 | Fort Myers | FL | 33907 | Premium Auto Group of Miami | $1,848.00 | [redacted] | [redacted] | Bank of America |
| 2/13/2023 | 2/13/2023 | 3497090 | 7298513 | Milo | Mcneely | 2242023612 | [redacted] | 5127 Caesar Way S | Saint Petersburg | FL | 33712 | Amaro Dental | $3,149.00 | [redacted] | [redacted] | Bank of |
| 3/1/2023 | 3/1/2023 | 3585337 | 7471673 | Cristobal | Ahern | 7276859158 | [redacted] | 590 55th Avenue | St. Petersburg | FL | 33703 | Amaro Dental | $2,979.00 | [redacted] | [redacted] | Bank of |
| 2/28/2023 | 2/28/2023 | 3423888 | 7449977 | Foster | Haugen | 7274336238 | [redacted] | 1431 22nd Avenue North | St. Petersburg | FL | 33704 | Amaro Dental | $1,949.00 | [redacted] | [redacted] | Bank of |
| 4/4/2023 | 4/7/2023 | 3760120 | 7881107 | REED | MOYER | 3862447005 | [redacted] | 217 BANDERA WAY NE | SAINT | FL | 33704 | Smile Mall Dental | $3,449.00 | [redacted] | [redacted] | Wells Fargo |
| 3/8/2023 | 3/8/2023 | 3622357 | 7550338 | Terry | Bradley | 7279672200 | [redacted] | 5127 Caesar Way South | St. Petersburg | FL | 33712 | Amaro Dental | $2,339.00 | [redacted] | [redacted] | Bank of |
| 2/27/2023 | 3/15/2023 | 3562402 | 7618044 | Maynard | Ahern | 7274225718 | [redacted] | 3437 59th Street North | St. Petersburg | FL | 33710 | Amaro Dental | $2,979.00 | [redacted] | [redacted] | Bank of |
| 11/1/2021 | 11/1/2021 | 1584464 | 3297104 | Consuelo | Baylor | 4063046363 | [redacted] | 10 Conner Lane | Hayesville | NC | 28904 | One Broward Body Shop Premium | $1,080.00 | [redacted] | [redacted] | Bank of America |
| 1/6/2023 | 1/6/2023 | 3322567 | 6913103 | Weston | Dyer | 7272183247 | [redacted] | 1938 Darst Road | Beasley | TX | 77417 | Amaro Dental | $3,449.00 | [redacted] | [redacted] | Bank of |
| 3/1/2023 | 3/7/2023 | 3546827 | 7536617 | Rico | Arias | 7272515997 | [redacted] | 721 Live Oak Avenue | St. Petersburg | FL | 33703 | Amaro Dental | $2,949.00 | [redacted] | [redacted] | Bank of |
| 5/24/2023 | 5/24/2023 | 4036506 | 8431503 | Ryder | Burns | 7275980078 | [redacted] | 630 Washington Ave | Lancaster | OH | 43130 | Lancaster Handyman Service | $4,132.50 | [redacted] | [redacted] | Wells Fargo |
| 10/12/2021 | 10/12/2021 | 1523820 | 3170255 | Cleveland | Messina | 6477993318 | [redacted] | 8 Green Ave | Roseland | NJ | 7068 | Premium Auto Group of Miami | $1,434.00 | [redacted] | [redacted] | Bank of America |
| 8/29/2021 | 8/29/2021 | 1410562 | 2929663 | Georgije | Parovel | 6198338112 | [redacted] | 1886 Oakwood Trl | Melbourne | FL | 32934 | One Broward Body Shop Premium | $910.00 | [redacted] | [redacted] | Bank of America |
| 11/15/2021 | 11/15/2021 | 1569586 | 3385030 | Winford | Christianson | 6693015723 | [redacted] | 75 East Center Street | Springville | UT | 84663 | Three Brothers Body Shop | $1,290.00 | [redacted] | [redacted] | Jp morgan chase |
| 8/4/2021 | 8/4/2021 | 1351081 | 2799504 | Marcis | Scott | 2184845577 | [redacted] | 3003 West 11th Ave, #157 | Eugene | OR | 97402 | Premium Auto Group of Miami | $2,362.50 | [redacted] | [redacted] | Bank of America |
| 2/27/2023 | 2/27/2023 | 3503517 | 7443659 | Joan | Valentine | 7277464287 | [redacted] | 1611 Country Club Road | St. Petersburg | FL | 33710 | Amaro Dental | $2,959.00 | [redacted] | [redacted] | Bank of |
| 5/12/2023 | 5/12/2023 | 3967510 | 8285773 | EUGENE | NELSON | 7275980731 | [redacted] | 1220 12TH ST N | SAINT | FL | 33705 | Smile Mall Dental | $3,899.00 | [redacted] | [redacted] | Wells Fargo |
| 11/2/2021 | 11/2/2021 | 1586679 | 3301371 | Quinton | Atwood | 6412514853 | [redacted] | 13300 South Cleveland Avenue, unit #232 | Fort Myers | FL | 33907 | Premium Auto Group of Miami | $990.00 | [redacted] | [redacted] | Jp morgan chase |
| 9/24/2021 | 9/24/2021 | 1256674 | 3067850 | Amir | Graham | 8254652043 | [redacted] | 650 E Strawbridge Ave | Melbourne | FL | 32901 | One Broward Body Shop Premium | $742.50 | [redacted] | [redacted] | Bank of America |
| 1/11/2023 | 1/14/2023 | 3344628 | 6999462 | Arnulfo | Spears | 2254774593 | [redacted] | 28 Teal Circle | Dennis | MA | 2670 | Amaro Dental | $2,829.00 | [redacted] | [redacted] | Bank of |
| 5/7/2023 | 5/7/2023 | 3874467 | 8221914 | Grant | Sanchez | 8134809127 | [redacted] | 5930 Denver st NE | Saint Petersburg | FL | 33703 | Handyman Service | $2,970.00 | [redacted] | [redacted] | Bank of |
| 11/3/2021 | 11/3/2021 | 1591119 | 3310296 | Arnulfo | Proffitt | 8603577065 | [redacted] | 13300 South Cleveland Avenue | Fort Myers | FL | 33907 | One Broward Body Shop Premium | $990.00 | [redacted] | [redacted] | Bank of America |

| APPLICATION_START_DATE | LOAN_TAKEN_DATE | CUSTOMER_ID | LOAN_ID | FIRST_NAME | LAST_NAME | PHONE_NUMBER | CUSTOMER_SSN_ITIN | STREET1 | CITY | STATE | ZIP_CODE | MERCHANT_NAME_FROM_AUDIT | LOAN_ISSUED_AMOUNT | ACCOUNT_NUMBER | ROUTING_NUMBER | FINANCIAL_INSTITUTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/6/2021 | 8/6/2021 | 1357887 | 2814846 | Randy | Otego | 9065699048 | [redacted] | 13300 South Cleveland Ave, #56-852 | Fort Myers | FL | 33907 | Premium Auto Group of Miami | $1,400.00 | [redacted] | [redacted] | Bank of America |
| 11/24/2021 | 11/24/2021 | 1647737 | 3441868 | Irwin | Shores | 4053615875 | [redacted] | 13300 South Cleveland Avenue, unit #232 | Fort Myers | FL | 33907 | One Broward Body Shop Premium | $894.00 | [redacted] | [redacted] | Bank of America |
| 10/22/2021 | 10/22/2021 | 1524945 | 3238399 | Cedrick | Hamer | 8045220608 | [redacted] | 13300 South Cleveland Ave, unit #232 | Fort Myers | FL | 33907 | Three Brothers Body Shop | $1,356.00 | [redacted] | [redacted] | Jp morgan chase |
| 10/22/2021 | 10/22/2021 | 1532124 | 3238119 | Cleo | Faison | 8183374196 | [redacted] | 1840 1st Street | Idaho Falls | ID | 83401 | Premium Auto Group of Miami | $1,080.00 | [redacted] | [redacted] | Jp morgan chase |
| 10/25/2021 | 10/25/2021 | 1560452 | 3251840 | Sammie | Finney | 5012368414 | [redacted] | 48 Evergreen Drive | Boothbay | ME | 4537 | One Broward Body Shop Premium | $1,320.00 | [redacted] | [redacted] | Bank of America |
| 2/27/2023 | 2/27/2023 | 3569172 | 7438053 | Artem | Ermakov | 7273106586 | [redacted] | 9100 Treasure Lane | St. Petersburg | FL | 33702 | Amaro Dental | $2,809.00 | [redacted] | [redacted] | Bank of |
| 4/3/2023 | 4/5/2023 | 1403468 | 7853503 | Colleen | Lewin | 4195698411 | [redacted] | 541 Park Ave | Galion | OH | 44833 | JDog Junk Removal Mount Gilead | $120.00 | [redacted] | [redacted] | Navy federal credit union |
| 8/9/2021 | 8/9/2021 | 1362017 | 2824081 | Rian | Young | 3853761448 | [redacted] | 3730 SW 47th Ave | West Park | FL | 33023 | Premium Auto Group of Miami | $1,912.50 | [redacted] | [redacted] | Bank of America |
| 3/4/2022 | 3/4/2022 | 1967071 | 4083698 | Jessica | Myser | 6149178064 | [redacted] | 710 East Gambier Street | Mount Vernon | OH | 43050 | JDog Junk Removal Mount Gilead | $1,681.20 | [redacted] | [redacted] | Navy federal credit union |
| 9/25/2021 | 9/25/2021 | 1478474 | 3073493 | Amado | Ebert | 7822120551 | [redacted] | 706 S Parkerson St | Rayne | LA | 70578 | Premium Auto Group of Miami | $685.00 | [redacted] | [redacted] | Bank of America |
| 10/6/2021 | 10/6/2021 | 1508303 | 3136332 | Reinaldo | Tejada | 7822121004 | [redacted] | 13300 South Cleveland Ave, unit #232 | Fort Myers | FL | 33907 | Three Brothers Body Shop | $2,460.00 | [redacted] | [redacted] | Jp morgan chase |
| 10/26/2021 | 10/26/2021 | 1559987 | 3260987 | Rayford | Harp | 2608207868 | [redacted] | 13300 South Cleveland Ave, unit #232 | Fort Myers | FL | 33907 | Premium Auto Group of Miami | $1,722.00 | [redacted] | [redacted] | Jp morgan chase |
| 11/10/2021 | 11/10/2021 | 1610665 | 3351008 | Vernita | Croft | 2392660340 | [redacted] | 13300 South Cleveland Avenue, unit #232 | Fort Myers | FL | 33907 | One Broward Body Shop Premium | $1,050.00 | [redacted] | [redacted] | Bank of America |
| 10/7/2021 | 10/7/2021 | 1510298 | 3140644 | Virgilio | Batson | 4184741411 | [redacted] | 86 Frank Lane | Forest | MS | 39074 | Three Brothers Body Shop | $1,080.00 | [redacted] | [redacted] | Jp morgan chase |
| 3/13/2023 | 3/13/2023 | 3645038 | 7598692 | Alexander | Scott | 7279225668 | [redacted] | 4548 32nd Avenue North | St. Petersburg | FL | 33713 | Amaro Dental | $2,176.74 | [redacted] | [redacted] | Bank of |
| 11/11/2021 | 11/11/2021 | 1615225 | 3360129 | Dewitt | Doss | 9288896756 | [redacted] | 13300 South Cleveland Avenue | Fort Myers | FL | 33907 | Premium Auto Group of Miami | $1,080.00 | [redacted] | [redacted] | Jp morgan chase |
| 7/5/2021 | 7/5/2021 | 1280347 | 2643389 | Denny | Mckay | 2622677056 | [redacted] | 3190 Southwest 129th Avenue | Miramar | FL | 33027 | One Broward Body Shop Premium | $200.00 | [redacted] | [redacted] | Bank of America |
| 11/17/2021 | 11/17/2021 | 1620061 | 3400539 | Sonny | Hoang | 3163716709 | [redacted] | 13300 South Cleveland Avenue | Fort Myers | FL | 33907 | Premium Auto Group of Miami | $335.00 | [redacted] | [redacted] | Jp morgan chase |
| 11/12/2021 | 11/12/2021 | 1620061 | 3370098 | Sonny | Hoang | 2052669141 | [redacted] | 13300 South Cleveland Avenue | Fort Myers | FL | 33907 | Premium Auto Group of Miami | $670.00 | [redacted] | [redacted] | Jp morgan chase |
| 6/26/2021 | 6/26/2021 | 1261511 | 2601359 | Zak | Morrison | 2084321796 | [redacted] | 13300 South Cleveland Ave, unit #232 | Fort Myers | FL | 33907 | Premium Auto Group of Miami | $200.00 | [redacted] | [redacted] | Bank of America |
| 3/31/2023 | 3/31/2023 | 3726612 | 7802529 | RAPHAEL | EMERY | 7275980762 | [redacted] | 4610 29TH AVE N | SAINT | FL | 33713 | Smile Mall Dental | $3,649.00 | [redacted] | [redacted] | Wells Fargo |
| 1/11/2023 | 1/11/2023 | 3345280 | 6965389 | Gavin | Wilbanks | 8138957385 | [redacted] | 185 Cat Tail Lane | Prestonsburg | KY | 41653 | Amaro Dental | $2,249.00 | [redacted] | [redacted] | Bank of |
| 2/4/2023 | 2/4/2023 | 3344628 | 7211551 | Arnulfo | Spears | 8136831905 | [redacted] | 28 Teal Circle | Dennis | MA | 2670 | Amaro Dental | $3,049.00 | [redacted] | [redacted] | Bank of |
| | | | | | | | | | | | | | $333,068.02 | | | |