# EXHIBIT B

**Subject** 56F-TP-3895408
**Case** Dmitry Shushlebin

**Scope** Merchant owners and respective address used to establish various merchant/businesses. Merchant sales believed to be credited to account controlled by Shushlebin/Yazikov/Bzhelichenko.

| MERCHANT NAME | EMAIL | PHONE | MERCHANT ID VERIFICATION | DOB | SSN | ID VERIFICATION ADDRESS | BANK ACCOUNT NAME | ROUTING | ACCOUNT NUMBER | SUM DISBURSED TO BANK (net) |
|---|---|---|---|---|---|---|---|---|---|---|
| Action Pump | sarte@mailo.one | +15416825450 | Romeo Sarte | [redacted] | [redacted] | [redacted] | Romeo Sarte | 323371076 | 24206003000 | $ 3,924.32 |
| Anytime Nails | gyurik@mailo.one | +15419137575 | Esther Gyurik | [redacted] | [redacted] | [redacted] | Dana Realo<br>Esther Gyurik | 123006800<br>123002011 | 1064431867<br>378607716842 | $ 4,138.60 |
| Blue Light Inc | bowen@mailo.one | +15416852577 | Patrick Bowen | [redacted] | [redacted] | [redacted] | Dana Realo<br>Patrick Bowen | 123006800<br>123002011 | 1064431867<br>378607716792 | $ 2,716.86 |
| Care By Chiro | sqmattila@mailo.one | +13036703457 | Jerry Mattila | [redacted] | [redacted] | [redacted] | Dana Reali | 123006800 | 3549364523 | $ - |
| Dianne Harris | harris@mailo.one | +15412255123 | Dianne Harris | [redacted] | [redacted] | [redacted] | Dana Realo<br>Dianne Harris | 123006800<br>325070760 | 1064431867<br>771131767 | $ 10,653.26 |
| Dunne Bliss Hands LLC | sqdunne@mailo.one | +18168421994 | Marlene Dunne | [redacted] | [redacted] | [redacted] | Bzhelichenko Rentals4<br>Bzhelichenko Rentals4 | 063107513<br>123006800 | 5222513862<br>5222513862 | $ - |
| Econolodge Inc | pascual@themailru.com | +15036267654 | Ernesto Pascual | [redacted] | [redacted] | [redacted] | Dana Realo<br>Ilia Bzhelichenko | 123006800<br>123205054 | 1064431867<br>3965482007 | $ 1,845.33 |
| Fair Rentals | berberian@themailru.com | +15414665454 | Peter Henkels | [redacted] | [redacted] | [redacted] | Dana Realo<br>Ilia Bzhelichenko | 123006800<br>123006800 | 1064431867<br>9501671268 | $ 1,786.89 |
| First Lane | berberian@mailo.one | +15416876958 | Renaldo Raya | [redacted] | [redacted] | [redacted] | Dana Realo<br>Renaldo Raya | 123006800<br>123002011 | 1064431867<br>370621012449 | $ 4,026.59 |
| Foster Massage Inc | sqfoster@mailo.one | +19137151600 | Otis Foster | [redacted] | [redacted] | [redacted] | Bzhelichenko Rentals3 | 063107513 | 9995503084 | $ 438.20 |
| Henriquez Fit | henriquez@mailo.one | +17863215177 | Marcelo Henriquez | [redacted] | [redacted] | [redacted] | Dana Realo<br>Marcelo Henriquez | 123006800<br>063100277 | 1064431867<br>898124248882 | $ 9,864.42 |
| Home Fixes | boz@themailru.com | +15034694242 | Anatoly Boz | [redacted] | [redacted] | [redacted] | Dana Realo<br>Ilia Bzhelichenko | 123006800<br>123006800 | 1064431867<br>3549364523 | $ 1,864.81 |
| Home Improvements | uribe@mailo.one | +15615700370 | Rocio Uribe | [redacted] | [redacted] | [redacted] | Rocio Uribe | 325070760 | 771131759 | $ - |
| Home Repairs Inc | baker@themailru.com | +15032283530 | Donald Baker | [redacted] | [redacted] | [redacted] | Dana Realo<br>Ilia Bzhelichenko | 123006800<br>123205054 | 1064431867<br>3960148256 | $ 1,796.63 |
| Jan Shop | martin@mailo.one | +15413450181 | Jan Martin | [redacted] | [redacted] | [redacted] | Dana Realo<br>Jan Martin | 123006800<br>323070380 | 1064431867<br>485012098023 | $ 6,899.19 |
| Kopetman Practice Inc | sqkopetman@mailo.one | +19494154981 | Leonid Kopetman | [redacted] | [redacted] | [redacted] | Bzhelichenko Rentals2 | 063107513 | 9995538874 | $ - |
| Kruck Care LLC | kruck@themailru.com | +15032349501 | Edward Kruck | [redacted] | [redacted] | [redacted] | Ilia Bzhelichenko | 123006800 | 1064431867 | $ 1,816.11 |
| Maso Repairs Inc | masto@themailru.com | +15032563335 | Daniel Masto | [redacted] | [redacted] | [redacted] | Dana Realo<br>Ilia Bzhelichenko | 123006800<br>123205054 | 1064431867<br>3960315129 | $ 1,816.11 |
| Massage Boynton LLC | massage-boynton@jointmail.com | +17242680676 | JOHN BURGSTINER | [redacted] | [redacted] | [redacted] | <br><br><br>JOHN BURGSTINER | 267084131<br>026014902<br>026014902<br>102001017 | 358893052<br>2430000092743<br>243000092719<br>358893052 | $ - |
| Nails Done | watson@mailo.one | +15414611433 | Lorraine Watson | [redacted] | [redacted] | [redacted] | Dana Realo<br>Lorraine Watson | 123006800<br>323371076 | 3549364523<br>24206003027 | $ 6,722.29 |
| New Look with Moodey | moodey@mailo.one | +15414611400 | Amelia Moodey | [redacted] | [redacted] | [redacted] | Amelia Moodey | 323371076 | 24206003019 | $ 5,190.22 |
| Nicole and Care | am5957492@gmail.com | | Nicole Reece | [redacted] | [redacted] | [redacted] | Nicole Reece | 251055700 | 251055700 | $ - |
| Oscar Fajardo | fajardo@themailru.com | +17547360456 | Oscar Fajardo | [redacted] | [redacted] | [redacted] | Oscar Fajardo | 325070760 | 771131726 | $ 10,658.03 |
| Perfect Nails With Luz | orozco@mailo.one | +15416824800 | Luz Orozco | [redacted] | [redacted] | [redacted] | Ilya Bzhelichenko | 123006800 | 1064431867 | $ 16,708.33 |
| Pimentel Home Services | pimentel@mailo.one | +14785512021 | Leonel Pimentel | [redacted] | [redacted] | [redacted] | Dana Realo<br>Leonel Pimentel | 123006800<br>063100277 | 1064431867<br>898125556007 | $ 10,935.52 |
| Plumbing Works LLC | masto@mailo.one | +15414614933 | Daniel Masto | [redacted] | [redacted] | [redacted] | Dana Realo<br>Daniel Masto | 123006800<br>123002011 | 1064431867<br>378607716461 | $ 3,831.79 |
| Rentals Eugene | castillo@themailru.com | +15414875061 | Frank Rivette | [redacted] | [redacted] | [redacted] | Dana Realo<br>Ilia Bzhelichenko<br>Lawrence Castillo<br>Ilyz Bzhelichenko | 123006800<br>123006800<br>323371076<br>123006800 | 1064431867<br>5415952257<br>24510000904<br>3001631440 | $ 6,660.66 |
| Shiny Look | morales@mailo.one | +15417905100 | Betty Morales | [redacted] | [redacted] | [redacted] | Dana Realo<br>Betty Morales | 123006800<br>325070760 | 1064431867<br>771131759 | $ 7,045.29 |
| Star One | talbot@mailo.one | +15419357512 | Sharon Talbot | [redacted] | [redacted] | [redacted] | Dana Realo<br>Sharon Talbot | 123006800<br>125108272 | 3549364523<br>1103556548 | $ 4,700.45 |
| Train With Warren | warren@mailo.one | +13523009530 | Ramon Warren | [redacted] | [redacted] | [redacted] | Ramon Warren<br>Diana Deel | 063100277<br>123006800 | 898124248905<br>1064431867 | $ 11,755.91 |
| Updates with Ease LLC | sqcarvajal@mailo.one | +16178592387 | Gilberto Carvajal | [redacted] | [redacted] | [redacted] | Bzhelichenko Rentals1 | 063107513 | 9995538882 | $ - |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | [redacted] | Dana Realo | 123006800 | 1064431867 | | |
| Yudelyns Nunez | nunez@mailo.one | +15413574431 | Yudelys Nunez | [redacted] | [redacted] | | Yudelys Nunez | 323070380 | 485012098049 | $ | 10,697.09 |
| | | | | | | | Dana Realo | 123006800 | 1064431867 | | |
| Bzhelichenko Rentals 07 | jones@themailru.com | +15418475174 | Jerry Jones | [redacted] | [redacted] | | Jerry Jones | 123006800 | 1064324112 | $ | 3,237.85 |
| | | | | | | | Pedro Williams | 123002011 | 370621012456 | | |
| Bzhelichenko Rentals 01 | williams@themailru.com | +15416875600 | Pedro Williams | [redacted] | [redacted] | | Diana Realo | 123006800 | 1064431867 | $ | 5,339.01 |
| | | | | | | | Dana Realo | 123006800 | 1064431867 | | |
| Bzhelichenko Rentals 02 | maier@themailru.com | +15414651235 | Thomas Maier | [redacted] | [redacted] | | Thomas Maier | 123002011 | 370621012464 | $ | 5,589.56 |
| | | | | | | | Dana Realo | 123006800 | 1064431867 | | |
| Bzhelichenko Rentals 03 | ramsay@themailru.com | +15413426211 | Selwyn Ramsay | [redacted] | [redacted] | | Selwyn Ramsay | 123006800 | 3001631443 | $ | 4,313.82 |
| | | | | | | | Dana Realo | 123006800 | 3549364523 | | |
| Bzhelichenko Rentals 04 | ruiz@themailru.com | +15419988942 | Raquel Ruiz | [redacted] | [redacted] | | Raquel Ruiz | 123006800 | 3001631450 | $ | 4,255.48 |