# EXHIBIT C

| | |
|---|---|
| Subject | 56F-TP-3895408 |
| Case | Dmitry Shushlebin |
| Scope | Victim statement from Mindbody stating a loss totaling $81,024.60 |

Encrypt: This message is encrypted. Recipients can't remove encryption.

tax_form_1099k_20250514.pdf | 04745497 _ Case _ Salesforce.pdf | 04708048 _ Case _ Salesforce.pdf | 04627813 _ Case _ Salesforce.pdf | 04619371 _ Case _ Salesforce.pdf | 04591828 _ Case _ Salesforce.pdf | 04579801 _ Case _ Salesforce.pdf | Phone Call (Customer Support) _ Salesforce.pdf | 04566600 _ Case _ Salesforce.pdf | 04494568 _ Case _ Salesforce.pdf

Hi Brittany,

Per our conversation yesterday, and identification of Core Corner Fitness (Heidi Alexander), our team pulled the attached requested records. Core Corner Fitness contracted with Stripe, Inc. for their payment processing (lle-notices@stripe.com), it is recommended to subpoena Stripe directly to obtain Core Corner Fitness' merchant and transaction details.

The Payments Risk team also informed me that Mindbody took a loss of $81 ,024.60 on this account. As it's setup, Mindbody customers can contract with a third-party payment processor, should they require those services for their business. In this instance, Core Corner Fitness chose Stripe, Inc. for payment processing services. Mindbody's relationship with Stripe is separate and outside of that agreement. The way Mindbody's Stripe relationship is setup, Mindbody is on the hook for consumer refunds with Stripe if a Mindbody customer starts receiving credit card disputes from consumers charged by the customer and Mindbody's customer's bank account is closed or does not contain enough funds to cover the refund amounts. It turns out Core Corner Fitness was never a legit business, but pretended to be using the details in the attached 1099 form. The person who setup the Mindbody account and paid the monthly Mindbody subscription fees is listed as Kevin Zuelch. Please feel free to reach out with any questions.

1. 1099 Tax Form on File (under Heidi Alexander LLC, EIN: 20-1898451)
2. Attachments 2-9 are the communications between Mindbody and Core Corner Fitness.

Accounts > Core Corner Fitness

**Related Contacts**

2 items • Sorted by Title • Updated a day ago

| | Contact Name | Title ↓ | Roles | Email | Phone | Security Questions | Account Name |
|---|---|---|---|---|---|---|---|
| 1 | Kevin Zuelch | | Data Owner;Billing;Mindbody Capital Contact | contact@corecornerfitness.com | +18037660001 | What was the make of your first car? | Core Corner Fitness |
| 2 | Heidi Alexander | | Payments Principal | contact@corecornerfitness.com | +18037660001 | | Core Corner Fitness |

**Contact information** Edit

| | | | |
|---|---|---|---|
| Doing business as | Core Corner Fitness | Address | 4840 Forest Drive<br>Columbia, South Carolina 29206 |
| Email | None | | |
| Website | corecornerfitness.com | Phone number | (803) 766-0001 |
| Privacy policy | None | Support phone number | (803) 766-0001 |

**Business details** Edit

| | | | |
|---|---|---|---|
| Name | Heidi Alexander LLC | Industry | Gyms, athletic clubs, country clubs and golf courses (MCC 7997) |
| Statement descriptor | CORE CORNER FITNESS | Employer identification Number (EIN) | •••••• 2777 |
| Country | United States | Business VAT ID | Not provided |
| Business type | Company | | |
| Company structure | Single-member LLC | | |
| Product description | Fitness Studio | | |

**Personal details** + Add person

Heidi Alexander
Representative, Owner, owner

| | | | |
|---|---|---|---|
| Job title | owner | Email | contact@corecornerfitness.com |
| Date of birth | 8 Oct 1966 | Phone number | (803) 766-0001 |
| SSN last four | ••••• 9965 | Address | 3427 Fairwater Place<br>Mount Pleasant, South Carolina 29466 |
| Identity verification status | Not provided | | |