# EXHIBIT D

COPY

U.S. Citizenship and Immigration Services

# Statement of Findings (SOF)

| | | | |
|---|---|---|---|
| **FDNS-DS Number:** | 1-181286477 | **SUBJECT:** | [redacted] aka: British Educational Center (The BEC) |
| **A-/Receipt Number:** | [redacted] | **FDNS Officer:** | IO Jennifer Nichols |
| **Date Lead/Case Opened:** | 06/12/2015 | **SOF Creation Date:** | 09/24/2015 |

☐ Fraud Referral Sheet attached ☐ Overseas Verification attached

**I. Synopsis:**

09/24/2015 - FDNS Officer Jen Nichols conducted a site visit at the address of record: [redacted] The purpose of the site visit was to verify the petitioner's viability, eligibility, existence, and operational status. The site visit, documents obtained and phone conversation with the property manager (on 09/28/2015) clearly established that the school was not in operation and likely had not since the end of 2013.

A fraud found finding has been made. The petition is being returned to the Service Center for review and possible revocation.

**II. Fraud Determination *(Required)*:**

☒ A: Fraud Found ☐ B: Fraud Not Found ☐ C: Inconclusive (explain below)

*Provide an explanation for item C if it was checked.*

**III. Public Safety Determination:**

☐ A: Public Safety-Egregious ☐ B: Public Safety-Non-Egregious

*Comments*

N/A

**IV. Referrals**

**A. Referral to ICE:**

Date Submitted: 09/22/2015 Date of Action by ICE: 09/24/2015 BFU Number:

ICE action: ☐Accepted ☒Declined

☒Did not meet USCIS/ICE MOA criteria

U.S. Citizenship and Immigration Services

## Statement of Findings (SOF)

*Comments*

**B. Other Referrals OGA/LEA:**

*Comments (FOUO/Unclassified Only)*

**V. Record of Actions Taken:**

**A. Systems Checks:**

☐CIS
☐CCD
☒TECS/IBIS
☐CLEAR (Choice Point)
☐Intel Fusion System/Avalanche
☐State Motor Vehicle Records
☐RAPS
☐SEVIS
☐SC_CLAIMS/CISCOR
☐ACCURINT (Lexis Nexis)
☐State Wage & Earning Records
☐Other:
☐EARM
☐US VISIT
☐CLAIMS/C-4
☐ISRS

*Comments (FOUO/Unclassified Only)*

**B. Public Record Information**

*Note records obtained and provide commentary as necessary, or indicate not applicable.*

Extensive research was conducted on the Internet in an attempt to verify the former training and employment status of the SUBJECT claimed to have obtained in Russia (see resume) from several locations:
The Siberian Education Centre and /or Siberia Educational Centre.
The Sibcontract Educational Centre;
The British Educational Centre.

There is no website in existence for The Siberian Education Centre, The Siberia Education Centre, or the Sibcontract Educational Centre.

There is a website for The British Educational Centre. There is also a website for The BEC in the US. It it's domain name is registered to [redacted]

Attempts to reach the foreign businesses and confirm the SUBJECT's claims of employment via email were unsuccessful.

### C. Interviews:

*Indicate type of interview-telephone, email, in-person or not applicable.*

09/28/2015 - Officer Nichols spoke to property manager/landlord of business address, Richard Clyne. Mr. Clyne said he was at the property frequently and had never seen any activity at the location. He confirmed that unit 100 was leased to the SUBJECT 05/01/2013. I read him the following statement from the file; "Exhibit 13; receipts for rent paid (referring to the 2014 lease in the file) and lease agreement .... BEC has extended its lease for the same location for another 13 months." Mr. Clyne seemed confused by the dates, but then realized that there was NO 2014 lease or extension for a 2014 lease. He stated in an email that the SUBJECT told him in May 2013 that he had to go to Russia and did not want to continue the lease. When the SUBJECT returned he wanted to lease unit 100 again but was told it was rented out. Mr. Clyne then allowed a rental of another empty unit for small rent payments. There was NO lease for this time period. This establishes that the lease in the file is fraudulent. Mr. Clyne said the BEC was evicted from the premise at the end of 2014 because of failure to pay rent.

U.S. Citizenship and Immigration Services

## Statement of Findings (SOF)

### D. Site Visits:

*Indicate whether site visits were performed, or not applicable.*

09/24/2015- Officer Nichols arrived at the site and read the business complex exterior sign. There was no business listed as British Educational Center (see attached photo). Inspection of the premises from the exterior showed no activity. Officer Nichols looked in the window and saw a small table, but nothing else. The door was locked. The adjoining suite was also empty.

Officer Nichols obtained the property manager's phone number from the signage.

☒ Site Visit worksheet attached.

### E. Types of Action Other Than Interviews or Site Visits:

NA

## VI. Detailed Findings:

03/29/2013 - SUBJECT arrives in US as L-1A.

06/30/2014 - I-129 filed. Form states that the SUBJECT is the CEO of the British Educational Center, that there are 6 employees and that he earns approxiamtely $39,000 a year.

06/02/2014 - Form -129 approved.

05/14/2015 - SUBJECT registers domain name for BEC in thhe US, an entire year after he initiates his business plan.

09/24/2015- Officer Nichols arrived at the address of record business site. There is no business listed as the British Educational Center (see attached photo). Inspection of the premises from the exterior showed no activity. Officer Nichols looked in the window of Suite 100 and saw a small table, but nothing else. The door was locked. The adjoining suite was also empty.

Officer Nichols called the SUBJECT. Nichols asked to come by the office and meet with him (while standing outside the office). He said he was in New York and could not come until the following Monday. Nichols questioned why he was not at the work site since he was operating a business/school. The SUBJECT hesitated then stated he was on vacation. (The BEC website clearly show classes are to occur in September-see attached). Nichols suggested meeting one of his employees at the office since the BEC website promotes regular class schedules (including the day I visited the site). He said he wasn't sure if anyone would be there and he needed to call someone to meet me. Questioned why he didn't know his own business's operations and who was scheduled to work that day, he evaded the question. He did know his 'employees' by name (one of whom is his wife). I asked him for one of his employee's phone numbers and he said he would have to call me back.

Officer Nichols obtained the property manager's phone number from the signage on the premises and spoke to the property manager, Richard Clyne, via telephone on 09/28/2015. He told Officer Nichols that both units had recently flooded and were unusable, but that neither tenant was the BEC. He confirmed that the BEC had vacated the premise almost a year ago. Note: when Officer Nichols spoke to the SUBJECT and asked if she could come to the location and speak to him he said he was on vacation in New York. He never mentioned that his office was unusable due to flooding. Mr. Clyne also submitted documents via email which establish that his signature was forged on a fake 2014 lease.

Because of the fraudulent lease in the file as confirmed by the property manager and the fact that there was no business operating at the site which could possibly employ the SUBJECT, a fraud found finding has been made. The petition is being returned to the Service Center for review.

## VII. Attachment List:

*List all attachments or indicate not applicable.*

RECEIPT No. 161764

ATE 03/18/16

ROM British Educational St. Center Lacinas

$ 270.00

two hundred ten 00/100 DOLLARS

FOR RENT tuition Lacinas

FOR

| | | |
|---|---|---|
| ACCT. | | |
| PAID | | |
| DUE | | |

CASH
CHECK
MONEY ORDER
CREDIT CARD

FROM TO

BY Alegria

A-1152 T-4161

BEC

RECEIPT No. 161767

ATE 03/18/16

ROM British Educational St. Center Rodeler M

$ 50.00

fifty 00/100 DOLLARS

FOR RENT Student's book Nappy Rodeler S.

FOR

| | | |
|---|---|---|
| ACCT. | | |
| PAID | | |
| DUE | | |

CASH
CHECK
MONEY ORDER
CREDIT CARD

FROM TO

BY Alegria

A-1152 T-4161

BEC

RECEIPT No. 161772

ATE 03/21/16

ROM British Educational St. Center Ivanova S.

$ 50.00

fifty 00/100 DOLLARS

FOR RENT Student's book Ivanova Svetlana

FOR

| | | |
|---|---|---|
| ACCT. | | |
| PAID | | |
| DUE | | |

CASH
CHECK
MONEY ORDER
CREDIT CARD

FROM TO

BY Alegria

A-1152 T-4161



587

BEC

**RECEIPT** No. 161647

DATE 02/04/14

FROM British Educational Center St. Starzel [illegible] $250.00

two hundred fifty 00/100 DOLLARS

FOR RENT / FOR tuition Starzel [illegible]

ACCT. / PAID / DUE — CASH / CHECK / MONEY ORDER / CREDIT CARD — FROM ___ TO ___ BY Alegria

A-1152 T-4161

---

**RECEIPT** No. 161

DATE 04/28/14

FROM British Educational Center St. Laguino [illegible] $21

two hundred ten — 00/100

FOR RENT / FOR tuition Laguinine

ACCT. / PAID / DUE — CASH / CHECK / MONEY ORDER / CREDIT CARD — FROM ___ TO ___ BY Alegria

---

BEC

**RECEIPT** No. 161797

DATE 04/28/14

FROM British Educational Center St. Fowles $210.00

two hundred ten — 00/100 DOLLARS

FOR RENT / FOR tuition Fowles Y.

ACCT. / PAID / DUE — CASH / CHECK / MONEY ORDER / CREDIT CARD — FROM ___ TO ___ BY Alegria

A-1152 T-4161

---

BEC

**RECEIPT** No. 161

DATE 04/28/14

FROM British Educational Center of Laguino $25

twenty five — 00/100

FOR RENT / FOR service fee Lagui[illegible]

ACCT. / PAID / DUE — CASH / CHECK / MONEY ORDER / CREDIT CARD — FROM ___ TO ___ BY Alegria

---

BEC

**RECEIPT** No. 161798

DATE 04/02/14

FROM British Educational Center St. Starzel $250.00

two hundred fifty 00/100 DOLLARS

FOR RENT / FOR two hundred fifty 00/100 Starzel

ACCT. / PAID / DUE — CASH / CHECK / MONEY ORDER / CREDIT CARD — FROM ___ TO ___ BY Alegria

166

A-1152 T-4161

---

BEC

**RECEIPT** No. 161

DATE 08/14/14

FROM British Educational Center [illegible] $2

two hundred fifteen — 00/100

FOR RENT / FOR tuition Koronina [illegible]

ACCT. / PAID / DUE — CASH / CHECK / MONEY ORDER / CREDIT CARD — FROM ___ TO ___ BY Alegria

508

BRC

RECEIPT No. 161784

DATE 03/30/19

FROM British Educational Student Center Sam G. $ 215.00

two hundred fifteen 00/100 DOLLARS

FOR RENT / FOR tuition Sam Golegnart

ACCT. / PAID / DUE — CASH (checked) / CHECK / MONEY ORDER / CREDIT CARD — FROM ___ TO ___ BY [signature]

A-1152 T-4161

BRC

RECEIPT No. 161'

DATE 04/01/19

FROM British Educational Center's Student Maria Rutko $ 5[illegible]

Fifty 00 D

FOR RENT / FOR Student's book Maria Rutko

ACCT. / PAID / DUE — CASH (checked) / CHECK / MONEY ORDER / CREDIT CARD — FROM ___ TO ___ BY [signature]

BRC

RECEIPT No. 161787

DATE 04/01/19

FROM British Educational Center Rutko M. $ 210.00

two hundred ten 00/100 DOLLARS

FOR RENT / FOR tution Mario Rutko

ACCT. / PAID / DUE — CASH (checked) / CHECK / MONEY ORDER / CREDIT CARD — FROM ___ TO ___ BY [signature]

A-1152 T-4161

BRC

RECEIPT No. 161

DATE 02/08/19

FROM British Educational Center st. Frash R. $ 2[illegible]

Service fee

twenty five

FOR RENT / FOR Frash Roman

ACCT. / PAID / DUE — CASH (checked) / CHECK / MONEY ORDER / CREDIT CARD — FROM ___ TO ___ BY [signature]

BRC

RECEIPT No. 161785

DATE 03/30/19

FROM British Educational Center st. Rutko M. $ 50.00

fifty 00/100 DOLLARS

FOR RENT / FOR Student's book Sam Golegnart

ACCT. / PAID / DUE — CASH (checked) / CHECK / MONEY ORDER / CREDIT CARD — FROM ___ TO ___ BY [signature]

167

A-1152 T-4161

BEC

RECEIPT No. 161

DATE 02/08/19

FROM British Educational Center st. Petrov $ [illegible]

Service fee Petrov Evgeny

twenty five

FOR RENT / FOR

ACCT. / PAID / DUE — CASH (checked) / CHECK / MONEY ORDER / CREDIT CARD — FROM ___ TO ___ BY [signature]

BRC

**RECEIPT** No. 161778

DATE 03/22/14

FROM British Educational Student's Center Kozlov E. $ 25.00

twenty five 00/xx DOLLARS

☐ FOR RENT
☒ FOR Service fee Kozlov Evgeny

ACCT. | PAID | DUE

☒ CASH ☐ CHECK ☐ MONEY ORDER ☐ CREDIT CARD

FROM ___ TO ___

BY [signature]

A-1152 T-4161

---

**RECEIPT** No. 161

DATE 03/18/14

FROM British Educational Center Lapina $ 2

two hundred fifty — 00

☐ FOR RENT
☒ FOR tution Lapina El

ACCT. | PAID | DUE

☒ CASH ☐ CHECK ☐ MONEY ORDER ☐ CREDIT CARD

FROM ___ TO ___

BY [signature]

---

BRC

**RECEIPT** No. 161783

DATE 03/30/14

FROM British Educational Student Center Sam G. $ 25.00

twenty five 00/100 DOLLARS

☐ FOR RENT
☒ FOR Service fee Sam Golcgvaret

ACCT. | PAID | DUE

☒ CASH ☐ CHECK ☐ MONEY ORDER ☐ CREDIT CARD

FROM ___ TO ___

BY [signature]

A-1152 T-4161

---

BEC

**RECEIPT** No. 161

DATE 03/18/14

FROM British Educational Student Center Rodeler M. $ 2

two hundred fifteen 00/100 DOLLARS

☐ FOR RENT
☒ FOR Tution Maggy Rodel

ACCT. | PAID | DUE

☒ CASH ☐ CHECK ☐ MONEY ORDER ☐ CREDIT CARD

FROM ___ TO ___

BY [signature]

---

B-EC

**RECEIPT** No. 161780

DATE 03/22/14

FROM British Educational Student's Center Kozlov E. $ 235.00

two hundred thirty 00/100 DOLLARS

☐ FOR RENT
☒ FOR tution Kozlov Evgeny

ACCT. | PAID | DUE

☒ CASH ☐ CHECK ☐ MONEY ORDER ☐ CREDIT CARD

FROM ___ TO ___

BY [signature]

168

A-1152 T-4161

---

BEC

**RECEIPT** No. 161

DATE 03/18/14

FROM British Educational Student's Center Rodeler M. $ 2

twenty five 00/100 D

☐ FOR RENT
☒ FOR Service fee M Rodeler

ACCT. | PAID | DUE

☒ CASH ☐ CHECK ☐ MONEY ORDER ☐ CREDIT CARD

FROM ___ TO ___

BY [signature]

BEC

**RECEIPT** No. 161771

DATE 03/21/14

FROM British Educational Center Ivanova | $ 210.00

two hundred 00/100 DOLLARS

FOR RENT / FOR tution Ivanova Svetlana

ACCT. / PAID / DUE — (X) CASH ( ) CHECK ( ) MONEY ORDER ( ) CREDIT CARD

FROM ____ TO ____

BY [signature]

A-1152 T-4161

---

BEC

**RECEIPT** No. 161

DATE 04/01/14

FROM British Educational Center Ruthe M. | $ 25

twenty five 00/100

FOR RENT / FOR Service fee Maria Ru[illegible]

ACCT. / PAID / DUE — (X) CASH ( ) CHECK ( ) MONEY ORDER ( ) CREDIT CARD

FROM ____ TO ____

BY [signature]

---

BEC

**RECEIPT** No. 161776

DATE 03/22/14

FROM British Educational St. Center Bulanova O | $ 210.00

two hundred 00/100 DOLLARS

FOR RENT / FOR tution Bulanova Olga

ACCT. / PAID / DUE — (X) CASH ( ) CHECK ( ) MONEY ORDER ( ) CREDIT CARD

FROM ____ TO ____

BY [signature]

A-1152 T-4161

---

BEC

**RECEIPT** No. 161

DATE 03/22/14

FROM British Educational Student's Center Bulanova | $ 2

twenty five 00/100

FOR RENT / FOR Service fee Bula[illegible] Olga

ACCT. / PAID / DUE — (X) CASH ( ) CHECK ( ) MONEY ORDER ( ) CREDIT CARD

FROM ____ TO ____

BY [signature]

---

BEC

**RECEIPT** No. 161768

DATE 03/18/14

FROM British Educational St. Centre Ivanova | $ 25.00

twenty five 00/100 DOLLARS

FOR RENT / FOR Service fee Ivanova Svetlana

ACCT. / PAID / DUE — (X) CASH ( ) CHECK ( ) MONEY ORDER ( ) CREDIT CARD

FROM ____ TO ____ 169

BY [signature]

A-1152 T-4161

---

BEC

**RECEIPT** No. 161

DATE 03/22/14

FROM British Educational Center Bulanova O. | $ 5

fifty 00/100

FOR RENT / FOR Student's book Bulanova

ACCT. / PAID / DUE — (X) CASH ( ) CHECK ( ) MONEY ORDER ( ) CREDIT CARD

FROM ____ TO ____ 591

BY [signature]

BEC

RECEIPT No. 161734

DATE 03/01/14

FROM British Education Center Galinov $ 50.00

fifty 00/100 DOLLARS

FOR RENT / FOR Student's book Galinov Vitaly

CASH / CHECK / MONEY ORDER / CREDIT CARD

ACCT. / PAID / DUE

FROM ___ TO ___

BY [signature]

A-1152 T-4161

BEC

RECEIPT No. 161[illegible]

DATE 03/08/2014

FROM British Education Center [illegible] $ 28[illegible]

two hundred fifty — 00/100 DOLLARS

FOR RENT / FOR tution Demin Anton

CASH / CHECK / MONEY ORDER / CREDIT CARD

ACCT. / PAID / DUE

FROM ___ TO ___

BY [signature]

BEC

RECEIPT No. 161742

DATE 03/04/14

FROM British Educational Center Larionova $ 210.00

two hundred ten — 00/100 DOLLARS

FOR RENT / FOR tution Larionova Maria

CASH / CHECK / MONEY ORDER / CREDIT CARD

ACCT. / PAID / DUE

FROM ___ TO ___

BY [signature]

A-1152 T-4161

BEC

RECEIPT No. 16[illegible]

DATE 03/18/14

FROM British Educational Center Vesel $ [illegible]

two hundred — 00/100 DOLLARS

FOR RENT / FOR tution Vesel Vlad[illegible]

CASH / CHECK / MONEY ORDER / CREDIT CARD

ACCT. / PAID / DUE

FROM ___ TO ___

BY [signature]

BEC

RECEIPT No. 161754

DATE 03/08/2014

FROM British Educational Center Buryak $ 210.0[illegible]

tution Buryak Katerina DOLLARS

FOR RENT / FOR two hundred ten — 00/100

CASH / CHECK / MONEY ORDER / CREDIT CARD

ACCT. / PAID / DUE

FROM ___ TO ___

BY [signature]

A-1152 T-4161

170

BEC

RECEIPT No. 161[illegible]

DATE 03/08/2014

FROM British Educational Center Sikhter $ 21[illegible]

two hundred ten — 00/100 DOLLARS

FOR RENT / FOR tution Sikhter Nata[illegible]

CASH / CHECK / MONEY ORDER / CREDIT CARD

ACCT. / PAID / DUE

592

FROM ___ TO ___

BY [signature]

BEC

**RECEIPT** No. 161746

DATE 03/05/14 $ 50.00

FROM 1501 9th 8th St Educatio Center Boguch Gr

Fifty 00/100 DOLLARS

FOR RENT / FOR Student's book Boguch German

CASH / CHECK / MONEY ORDER / CREDIT CARD

ACCT. / PAID / DUE

FROM TO

BY Ulyanov

A-1152 T-4161

BEC

**RECEIPT** No. 161

DATE 03/03/14 $

FROM British Educational Center Petrov

twenty five 00/100

FOR RENT / FOR Service fee Petrov Eugeny

CASH / CHECK / MONEY ORDER / CREDIT CARD

ACCT. / PAID / DUE

FROM TO

BY Ulyanov

BEC

**RECEIPT** No. 161745

DATE 03/05/14 $ 235.00

FROM British Educat. Center Boguch

two hundred thirty five 00/100 DOLLARS

FOR RENT / FOR tuition Boguch German

CASH / CHECK / MONEY ORDER / CREDIT CARD

ACCT. / PAID / DUE

FROM TO

BY Ulyanov

A-1152 T-4161

BEC

**RECEIPT** No. 161

DATE 03/03/14 $ 2

FROM British Educational Center Petrov

two hundred 00/100

FOR RENT / FOR tuition Petrov Evg

CASH / CHECK / MONEY ORDER / CREDIT CARD

ACCT. / PAID / DUE

FROM TO

BY Ulyanov

BEC

**RECEIPT** No. 161741

DATE 03/04/14 $ 25.00

FROM British Educational Center Larionova

twenty five 00/100 DOLLARS

FOR RENT / FOR Service fee Larionova Maria

CASH / CHECK / MONEY ORDER / CREDIT CARD

ACCT. / PAID / DUE

FROM TO

BY Ulyanov

A-1152 T-4161

171

BEC

**RECEIPT** No. 161

DATE 03/03/14 $ 5

FROM British Educational Center Petrov

Fifty 00/100

FOR RENT / FOR Student's book Evgeny

CASH / CHECK / MONEY ORDER / CREDIT CARD

ACCT. / PAID / DUE

FROM TO

BY Ulyanov

593

BEC

RECEIPT No. 161743

DATE 03/04/14

FROM British Educational Center Larionova $ 50.00

Fifty 00/100 DOLLARS

FOR RENT / FOR Student's book Larionova Maria

ACCT. / PAID / DUE — CASH (marked) / CHECK / MONEY ORDER / CREDIT CARD

FROM ___ TO ___ BY [signature] A-1152 T-4161

BEC

RECEIPT No. 161

DATE 03/04/14

FROM British Educational Center Korsak $ 2[…]

Two hundred five 00/100 D[OLLARS]

FOR RENT / FOR tuition Korsak M

ACCT. / PAID / DUE — CASH (marked) / CHECK / MONEY ORDER / CREDIT CARD

FROM ___ TO ___ BY [signature]

BEC

RECEIPT No. 161749

DATE 03/05/14

FROM British Educational Center Pavarenok $ 50.00

Fifty 00/100 DOLLARS

FOR RENT / FOR Student's book Pavarenok Tamara

ACCT. / PAID / DUE — CASH (marked) / CHECK / MONEY ORDER / CREDIT CARD

FROM ___ TO ___ BY [signature] A-1152 T-4161

BEC

RECEIPT No. 161

DATE 03/05/14

FROM British Educational Center Pavarenok $ 2[…]

two hundred fifteen 00/100

FOR RENT / FOR tuition Pavarenok Tamara

ACCT. / PAID / DUE — CASH (marked) / CHECK / MONEY ORDER / CREDIT CARD

FROM ___ TO ___ BY [signature]

BEC

RECEIPT No. 161735

DATE 03/01/14

FROM British Educational Center Galimov $ 230.00

two hundred thirty 00/100 DOLLARS

FOR RENT / FOR tuition Galimov Vitaly

ACCT. / PAID / DUE — CASH (marked) / CHECK / MONEY ORDER / CREDIT CARD

FROM ___ TO ___ BY [signature] A-1152 T-4161

172

BEC

RECEIPT No. 161

DATE 03/05/14

FROM British Educational Center Pavarenok $ 2[…]

twenty five — 00/100

FOR RENT / FOR Service fee Pavarenok Tamara

ACCT. / PAID / DUE — CASH (marked) / CHECK / MONEY ORDER / CREDIT CARD

FROM ___ TO ___ BY [signature]

594

BRC

RECEIPT No. 161650

DATE 02/04/14

FROM British Educational Center Karalesov $200.00

two hundred 00/100 DOLLARS

FOR RENT / FOR tution Karalesob Vasya

ACCT. / PAID / DUE

CASH (checked) / CHECK / MONEY ORDER / CREDIT CARD

FROM ___ TO ___

BY [signature]

A-1152 T-4161

BRC

RECEIPT No. 161

DATE 02/04/14

FROM British Educational Center St. Stafeev Vladimir $

FOR RENT / FOR Student book Stafeev Vladimir

ACCT. / PAID / DUE

CASH / CHECK / MONEY ORDER / CREDIT CARD

FROM ___ TO ___

BY [signature]

BEC

RECEIPT No. 161652

DATE 02/05/14

FROM British Educational Center Divier $250.00

two hundred fifty 00/100 DOLLARS

FOR RENT / FOR tution Divier Diana

ACCT. / PAID / DUE

CASH (checked) / CHECK / MONEY ORDER / CREDIT CARD

FROM ___ TO ___

BY [signature]

A-1152 T-4161

BEC

RECEIPT No. 161

DATE 03/01/14

FROM British Educational Center Galmo $25

twenty five 00/100 DOLLARS

FOR RENT / FOR Service fee Galmo Vitaly

ACCT. / PAID / DUE

CASH (checked) / CHECK / MONEY ORDER / CREDIT CARD

FROM ___ TO ___

BY [signature]

BRC

RECEIPT No. 161645

DATE 02/04/14

FROM British Educational Center st. Bahman $200.00

two hundred 00/100 DOLLARS

FOR RENT / FOR tution Bahman Olga

ACCT. / PAID / DUE

CASH / CHECK / MONEY ORDER / CREDIT CARD

FROM ___ TO ___

BY [signature]

A-1152 T-4161

73

BEC

RECEIPT No. 161

DATE 03/05/14

FROM British Educational Center Bogush $25.

twenty five 00/100 DOLLARS

FOR RENT / FOR Service fee Bogush Olena

ACCT. / PAID / DUE

CASH (checked) / CHECK / MONEY ORDER / CREDIT CARD

FROM ___ TO ___

BY [signature]

595

BEC

**RECEIPT** No. 161656

DATE 02/06/14

FROM British Educational Center Sergey Ustinov $ 250.00

two hundred fifty 00/00 DOLLARS

FOR RENT / FOR Tution Sergey Ustinov

CASH / CHECK / MONEY ORDER / CREDIT CARD

ACCT. / PAID / DUE

FROM ___ TO ___

BY [signature]

A-1152 T-4161

---

**RECEIPT** No. 161

DATE 02/05/14

FROM British Educational Center Pavlova Ok $ 2

two hundred thirty five

FOR RENT / FOR tution Pavlova Ok

CASH / CHECK / MONEY ORDER / CREDIT CARD

ACCT. / PAID / DUE

FROM ___ TO ___

BY [signature]

---

BEC

**RECEIPT** No. 161653

DATE 02/05/14

FROM British Educational Center St. Pavlova O. $ 50.00

fifty 00/100 DOLLARS

FOR RENT / FOR Students Book Pavlova Oksana

CASH / CHECK / MONEY ORDER / CREDIT CARD

ACCT. / PAID / DUE

FROM ___ TO ___

BY [signature]

A-1152 T-4161

---

BEC

**RECEIPT** No. 161

DATE 02/05/14

FROM British Educational Center St. Dvileva $ 5

fifty 00/100

FOR RENT / FOR Students book Di Diana

CASH / CHECK / MONEY ORDER / CREDIT CARD

ACCT. / PAID / DUE

FROM ___ TO ___

BY [signature]

---

BEC

**RECEIPT** No. 161649

DATE 02/04/14

FROM British Educational Center St. Bahman O $ 50.00

fifty 00/100 DOLLARS

FOR RENT / FOR Students book Bahman Olga

CASH / CHECK / MONEY ORDER / CREDIT CARD

ACCT. / PAID / DUE

FROM ___ TO ___

BY [signature]

A-1153 174 T-4161

---

BEC

**RECEIPT** No. 161

DATE 02/04/14

FROM British Educational Center St. Kuzalesov V. $ 3

fifty 00/100

FOR RENT / FOR Students book Kuza Vasya

CASH / CHECK / MONEY ORDER / CREDIT CARD

ACCT. / PAID / DUE

FROM ___ TO ___ 596

BY [signature]

BEC

**RECEIPT** No. 161616

DATE 01/11/14

FROM British Educational Center St. Senina A. Atty — $50.00

Fifty 00/100 DOLLARS

FOR RENT / FOR: Student's book Senina Alla

| | | |
|---|---|---|
| ACCT. | | ☒ CASH |
| PAID | | ○ CHECK |
| DUE | | ○ MONEY ORDER |
| | | ○ CREDIT CARD |

FROM ____ TO ____ BY [signature]

A-1152 T-4161

---

**RECEIPT** No. 161[cut off]

DATE 01/11/14

FROM British Educational Center St. Rihter N. Atty — $50

Fifty 00/100 DOLLARS

FOR RENT / ☒ FOR: Student book Rihter Natalia

| | | |
|---|---|---|
| ACCT. | | ☒ CASH |
| PAID | | ○ CHECK |
| DUE | | ○ MONEY ORDER |
| | | ○ CREDIT CARD |

FROM ____ TO ____ BY [signature]

---

BEC

**RECEIPT** No. 161613

DATE 01/10/14

FROM British Educational Center Shaidt A. — $200.00

two hundred 00/100 DOLLARS

FOR RENT / FOR: tuition January Shaidt Alexander

| | | |
|---|---|---|
| ACCT. | | ☒ CASH |
| PAID | | ○ CHECK |
| DUE | | ○ MONEY ORDER |
| | | ○ CREDIT CARD |

FROM ____ TO ____ BY [signature]

A-1152 T-4161

---

BEC

**RECEIPT** No. 161[cut off]

DATE 01/10/14

FROM British Educational Center St Shaidt A. Atty — $50.

Fifty 00/100 DOLLARS

FOR RENT / ☒ FOR: Student's book Shaidt Alexa[cut off]

| | | |
|---|---|---|
| ACCT. | | ☒ CASH |
| PAID | | ○ CHECK |
| DUE | | ○ MONEY ORDER |
| | | ○ CREDIT CARD |

FROM ____ TO ____ BY [signature]

---

BEC

**RECEIPT** No. 161648

DATE 02/06/14

FROM British Educational Center St. Laptina E. Atty — $250.00

two hundred Fifty 00/100 DOLLARS

FOR RENT / FOR: Tuition Laptina Elena

| | | |
|---|---|---|
| ACCT. | | ○ CASH |
| PAID | | ○ CHECK |
| DUE | | ○ MONEY ORDER |
| | | ○ CREDIT CARD |

FROM ____ TO ____ BY [signature]

A-1152 T-4161

175

---

BEC

**RECEIPT** No. 161[cut off]

DATE 02/06/14

FROM British Educational Center St. Ustinov S. Atty — $50

Fifty 00/100 DOLLARS

FOR RENT / ☒ FOR: Students book Ustinov S.

| | | |
|---|---|---|
| ACCT. | | ☒ CASH |
| PAID | | ○ CHECK |
| DUE | | ○ MONEY ORDER |
| | | ○ CREDIT CARD |

FROM ____ TO ____ BY [signature]

597

RECEIPT No. 161608

DATE 01/06/14

FROM British Educational Center [illegible] $250.00

two hundred fifty 00/100 DOLLARS

FOR RENT / FOR tuition [illegible] January

CASH / CHECK / MONEY ORDER / CREDIT CARD

ACCT. / PAID / DUE

FROM ___ TO ___ BY [signature]

A-1152 T-4161

RECEIPT No. 161[illegible]

DATE 01/18/14

FROM British Educational Center [illegible] $2[illegible]

two hundred 00/100 DOLLARS

FOR RENT / FOR tuition Vesek Vlad[illegible]

CASH / CHECK / MONEY ORDER / CREDIT CARD

ACCT. / PAID / DUE

FROM ___ TO ___ BY [signature]

RECEIPT No. 161610

DATE 01/18/14

FROM British Educational Center Korovina $50.00

fifty 00/100 DOLLARS

FOR RENT / FOR Students book Korovina Vera

CASH / CHECK / MONEY ORDER / CREDIT CARD

ACCT. / PAID / DUE

FROM ___ TO ___ BY [signature]

A-1152 T-4161

RECEIPT No. 161[illegible]

DATE 01/18/14

FROM British Educational Center Vesek V $5[illegible]

fifty 00/100 DOLLARS

FOR RENT / FOR Students book Vesek Vlad[illegible]

CASH / CHECK / MONEY ORDER / CREDIT CARD

ACCT. / PAID / DUE

FROM ___ TO ___ BY [signature]

RECEIPT No. 161660

DATE 02/06/14

FROM British Educational Center Korovina $235.00

two hundred thirty five 00/100 DOLLARS

FOR RENT / FOR tuition Korovina Vera February

CASH / CHECK / MONEY ORDER / CREDIT CARD

ACCT. / PAID / DUE

FROM ___ TO ___ BY [signature]

A-1152 T-4161 176

RECEIPT No. 161[illegible]

DATE 01/18/14

FROM British Educational Center Sunina A $2[illegible]

two hundred 00/100 DOLLARS

FOR RENT / FOR tuition Sunina Alla

CASH / CHECK / MONEY ORDER / CREDIT CARD

ACCT. / PAID / DUE

598

FROM ___ TO ___ BY [signature]

BBC

RECEIPT No. 161664

DATE 02/06/14

FROM British Educational Center Galmov

$ 250.00

two hundred fifty — 00/100 DOLLARS

FOR RENT / FOR Tution Galmov Vitalii

CASH (checked) / CHECK / MONEY ORDER / CREDIT CARD

ACCT. / PAID / DUE

FROM ___ TO ___

BY [signature]

A-1152 T-4161

BBC

RECEIPT No. 1616

DATE 02/06/14

FROM British Educational Center Novikova M.

$ 2

two hundred fifty — 00

FOR RENT / FOR Tution Novikova Mar

CASH (checked) / CHECK / MONEY ORDER / CREDIT CARD

ACCT. / PAID / DUE

FROM ___ TO ___

BY [signature]

BBC

RECEIPT No. 161663

DATE 02/06/14

FROM British Educational Center Galmov

$ 50.00

fifty 00/100 DOLLARS

FOR RENT / FOR Students Book Galmov Vitalii

CASH (checked) / CHECK / MONEY ORDER / CREDIT CARD

ACCT. / PAID / DUE

FROM ___ TO ___

BY [signature]

A-1152 T-4161

BBC

RECEIPT No. 161

DATE 01/05/14

FROM British Educational Center Knish V.

$ 5

fifty 00/100

FOR RENT / FOR Student's book Knish

CASH (checked) / CHECK / MONEY ORDER / CREDIT CARD

ACCT. / PAID / DUE

FROM ___ TO ___

BY [signature]

BBC

RECEIPT No. 161662

DATE 02/06/14

FROM British Educational Center Novikova

$ 25.00

twenty five — 00/100 DOLLARS

FOR RENT / FOR Material Fee Novikova Marina

CASH (checked) / CHECK / MONEY ORDER / CREDIT CARD

ACCT. / PAID / DUE

FROM ___ TO ___

BY [signature]

177

A-1152 T-4161

BBC

RECEIPT No. 161

DATE 01/05/14

FROM British Educational Center Knish V.

$ 2

two hundred fifty 00/100

FOR RENT / FOR Tution Knish Vika

CASH (checked) / CHECK / MONEY ORDER / CREDIT CARD

ACCT. / PAID / DUE

FROM ___ TO ___

599

BY [signature]

Bee

RECEIPT No. 161623

DATE 01/14/24 British Educational Center st. Tarasova $200.00

FROM two hundred — 00/100 DOLLARS

FOR RENT / FOR tuition Tarasova Julia

ACCT. / PAID / DUE — CASH (marked) / CHECK / MONEY ORDER / CREDIT CARD

FROM ____ TO ____ BY [signature]

A-1152 T-4161

---

Bee

RECEIPT No. 161[illegible]

DATE 01/28/24 British Educational Center st. Buzinova $18[illegible]

FROM one hundred eighty — 00/100

FOR RENT / FOR tuition Buzinova Olesya

ACCT. / PAID / DUE — CASH (marked) / CHECK / MONEY ORDER / CREDIT CARD

FROM ____ TO ____ BY [signature]

---

Bee

RECEIPT No. 161621

DATE 01/14/24 British Educational Center st. Tarasova $80.00

FROM fifty 00/100 DOLLARS

FOR RENT / FOR Student's book Tarasova Julia

ACCT. / PAID / DUE — CASH (marked) / CHECK / MONEY ORDER / CREDIT CARD

FROM ____ TO ____ BY [signature]

A-1152 T-4161

---

Bee

RECEIPT No. 161[illegible]

DATE 02/06/24 British Educational Center st. Novikova $25[illegible]

FROM two hundred fifty — 00/100 D[OLLARS]

FOR RENT / FOR tuition Novikova Nikolay Petrovich

ACCT. / PAID / DUE — CASH (marked) / CHECK / MONEY ORDER / CREDIT CARD

FROM ____ TO ____ BY [signature]

---

Bee

RECEIPT No. 161629

DATE 01/28/24 British Educational Center st. Buzinova O. $50.00

FROM fifty 00/100 DOLLARS

FOR RENT / FOR Student's Book Buzinova Olesya

ACCT. / PAID / DUE — CASH / CHECK / MONEY ORDER / CREDIT CARD

FROM ____ TO ____ BY [signature]

A-1152

178

---

Bee

RECEIPT No. 16[illegible]

DATE 02/06/24 Tarasova British Educational Center $[illegible]

FROM Fourteen 00/100

FOR RENT / FOR Service fee Tarasova Julia

ACCT. / PAID / DUE — CASH (marked) / CHECK / MONEY ORDER / CREDIT CARD

FROM ____ TO ____ BY [signature]

BEC

RECEIPT No. 161604

DATE 01/05/14

FROM British Educational Center Novikova M $ 250.00

two hundred fifty 00/100 DOLLARS

FOR RENT / FOR tution Novikova Marina January

(X) CASH ( ) CHECK ( ) MONEY ORDER ( ) CREDIT CARD

ACCT. PAID DUE

FROM TO BY [signature]

A-1152 T-4161

BEC

RECEIPT No. 161[cut off]

DATE 02/06/14

FROM British Educational Center Buzinova $ 2[cut off]

Twenty five 00/100 D[cut off]

FOR RENT / (X) FOR Material fee Buzina Olga

(X) CASH ( ) CHECK ( ) MONEY ORDER ( ) CREDIT CARD

ACCT. PAID DUE

FROM TO BY [signature]

BEC

RECEIPT No. 161601

DATE 01/05/14

FROM British Educational Center N. Novikova M $ 50.00

fifty 00/100 DOLLARS

FOR RENT / (X) FOR Students book English Novikova Marina

(X) CASH ( ) CHECK ( ) MONEY ORDER ( ) CREDIT CARD

ACCT. PAID DUE

FROM TO BY [signature]

A-1152 T-4161

BEC

RECEIPT No. 161[cut off]

DATE 02/06/14 Karasova

FROM British Educational Center Buzinova $ 2[cut off]

two hundred 00/100

FOR RENT / (X) FOR tution Buzinova

(X) CASH ( ) CHECK ( ) MONEY ORDER ( ) CREDIT CARD

ACCT. PAID DUE

FROM TO BY [signature]

BEC

RECEIPT No. 161607

DATE 01/06/14

FROM British Educational Center Frash R $ 50.00

fifty 00/100 DOLLARS

FOR RENT / FOR Student's book Frash Roman

(X) CASH ( ) CHECK ( ) MONEY ORDER ( ) CREDIT CARD

ACCT. PAID DUE

FROM TO BY [signature]

A-1152 T-4161 179

BEC

RECEIPT No. 161601

DATE 02/06/14 Tarasova

FROM British Educational Center $ 2[cut off]

two hundred fifty 00/100

FOR RENT / (X) FOR tution Tarasova

(X) CASH ( ) CHECK ( ) MONEY ORDER ( ) CREDIT CARD

ACCT. PAID DUE

FROM TO BY [signature]

BEC

**RECEIPT** No. 161611

DATE 01/10/14

FROM British Educational Center [illegible] $235.00

two hundred thirty five 00/100 DOLLARS

FOR RENT / FOR tuition Korovina [illegible]

ACCT. / PAID / DUE — CASH / CHECK / MONEY ORDER / CREDIT CARD — FROM ___ TO ___

BY [signature]

A-1152 T-4161

BEC

**RECEIPT** No. 161

DATE 01/05/14

FROM British Educational Center Korsak M $ 6

fifty 00/100

FOR RENT / FOR Student's book Korsak Max

ACCT. / PAID / DUE — CASH (marked) / CHECK / MONEY ORDER / CREDIT CARD — FROM ___ TO ___

BY [signature]

BEC

**RECEIPT** No. 161615

DATE 01/11/14

FROM British Educational Center [illegible] $210.00

two hundred ten 00/100 DOLLARS

FOR RENT / FOR tuition January Ritter Natalia

ACCT. / PAID / DUE — CASH (marked) / CHECK / MONEY ORDER / CREDIT CARD — FROM ___ TO ___

BY [signature]

A-1152 T-4161

BEC

**RECEIPT** No. 161

DATE 01/05/14

FROM British Educational Center Korsak M $ 2

two hundred thirty five 00/100

FOR RENT / FOR tuition English Korsak Max

ACCT. / PAID / DUE — CASH (marked) / CHECK / MONEY ORDER / CREDIT CARD — FROM ___ TO ___

BY [signature]

BEC

**RECEIPT** No. 161702

DATE 02/14/14

FROM British Educational Center Jones P. $210.00

two hundred ten 00/100 DOLLARS

FOR RENT / FOR tuition Pol Jones

ACCT. / PAID / DUE — CASH (marked) / CHECK / MONEY ORDER / CREDIT CARD — FROM ___ TO ___

BY [signature]

180

A-1152 T-4161

BEC

**RECEIPT** No. 161

DATE 02/14/14

FROM British Educational Center Jones P. $ 5

fifty 00/100

FOR RENT / FOR Student's book Pol Jone

ACCT. / PAID / DUE — CASH (marked) / CHECK / MONEY ORDER / CREDIT CARD — FROM ___ TO ___

602

BY [signature]

BEC

**RECEIPT** No. 161635

DATE 01/31/14

FROM St. British Educational Center St. Mikeela $ 150.00

One hundred fifty — 00/100 DOLLARS

FOR RENT

FOR tuition Mikeela Yelis

ACCT. / PAID / DUE — CASH (checked) / CHECK / MONEY ORDER / CREDIT CARD

FROM ______ TO ______

BY ______ A-1152 T-4161

BEC

**RECEIPT** No. 161

DATE 02/01/14

FROM British Educational Center Baryiak $ 2

Stefan Baryiak Katerina

FOR RENT two hundred fifty

FOR

ACCT. / PAID / DUE — CASH (checked) / CHECK / MONEY ORDER / CREDIT CARD

FROM ______ TO ______

BY ______

BEC

**RECEIPT** No. 161634

DATE 01/31/14

FROM British Educational Center St. Mikeela $ 50.00

Fifty 00/100 DOLLARS

FOR RENT

FOR Students book Mikeela Yelis

ACCT. / PAID / DUE — CASH (checked) / CHECK / MONEY ORDER / CREDIT CARD

FROM ______ TO ______

BY ______ A-1152 T-4161

BEC

**RECEIPT** No. 161

DATE 02/01/14

FROM British Educational Center Baryiak $

Students book Baryiak

FOR RENT Fifty 00/100

FOR

ACCT. / PAID / DUE — CASH / CHECK / MONEY ORDER / CREDIT CARD

FROM ______ TO ______

BY ______

BEC

**RECEIPT** No. 161637

DATE 02/01/14

FROM British Educational Center Denis A. $ 50.00

Fifty 00/100 DOLLARS

FOR RENT

FOR Students book Denis Anton

ACCT. / PAID / DUE — CASH (checked) / CHECK / MONEY ORDER / CREDIT CARD

FROM ______ TO ______

BY ______ A-1152 T-4161

181

BEC

**RECEIPT** No. 1616

DATE 02/01/14

FROM British Educational St. Center Denis $ 25

two hundred fifty 00/100 DOLLARS

FOR RENT tuition Denis Anton

FOR

ACCT. / PAID / DUE — CASH / CHECK / MONEY ORDER / CREDIT CARD

FROM ______ TO 603

BY ______

BEC

RECEIPT No. 161713

DATE 02/20/14

FROM British Educational Study Center Gipsker M $ 210.00

two hundred ten 00/100 DOLLARS

FOR RENT / FOR tution Milena Gipsker

CASH / CHECK / MONEY ORDER / CREDIT CARD

FROM ... TO ... BY ...

A-1152 T-4161

BEC

RECEIPT No. 1616

DATE 02/08/14

FROM British Educational Center st. Tonkih $ 2[illegible]

twenty five 00/100 D[OLLARS]

FOR RENT / FOR Service fee Tonkih Eka[terina]

CASH / CHECK / MONEY ORDER / CREDIT CARD

FROM ... TO ... BY ...

BEC

RECEIPT No. 161680

DATE 02/08/14

FROM British Educational st. Center Oslina P. $ 25.00

twenty five 00/100 DOLLARS

FOR RENT / FOR Service fee Ostina Dasha

CASH / CHECK / MONEY ORDER / CREDIT CARD

FROM ... TO ... BY ...

A-1152 T-4161

BEC

RECEIPT No. 161

DATE 02/08/14

FROM British Educational st. Center Tonkih $ 2[illegible]

two hundred 00/100 [DOLLARS]

FOR RENT / FOR tution Tonkih Ekat[erina]

CASH / CHECK / MONEY ORDER / CREDIT CARD

FROM ... TO ... BY ...

BEC

RECEIPT No. 161677

DATE 02/08/14

FROM British Educational Center st. Petrova M. $ 25.00

twenty five 00/100 DOLLARS

FOR RENT / FOR Service fee Petrova Maria

CASH / CHECK / MONEY ORDER / CREDIT CARD

FROM ... TO ... BY ...

A-1152 T-4161

182

BEC

RECEIPT No. 1616

DATE 02/04/14

FROM British Educational Center st. Petrova $ 200

two hundred 00/100 DO[LLARS]

FOR RENT / FOR tution Petrov Evg[eniy]

CASH / CHECK / MONEY ORDER / CREDIT CARD

FROM ... TO ... BY ...

604

BEC

**RECEIPT** No. 161724

DATE 02/25/14

FROM British Educational Center $25.00

twenty five 00/100 DOLLARS

FOR RENT / FOR Service fee Ilyin Oleg

ACCT. / PAID / DUE — CASH (checked) / CHECK / MONEY ORDER / CREDIT CARD — FROM ___ TO ___ BY Ulyura

A-1152 T-4161

BEC

**RECEIPT** No. 161

DATE 02/04/14

FROM British Educational Center $20

two hundred 00/100

FOR RENT / FOR (checked) tution Leash Ro

ACCT. / PAID / DUE — CASH / CHECK / MONEY ORDER / CREDIT CARD — FROM ___ TO ___ BY Ulyura

BEC

**RECEIPT** No. 161721

DATE 02/25/14

FROM British Educational Center $25.00

twenty five 00/100 DOLLARS

FOR RENT / FOR Service fee Rustam Costanyan

ACCT. / PAID / DUE — CASH (checked) / CHECK / MONEY ORDER / CREDIT CARD — FROM ___ TO ___ BY Ulyura

A-1152 T-4161

BEC

**RECEIPT** No. 161

DATE 02/25/14

FROM British Educational Center $2

two hundred thirty 00/100

FOR RENT / FOR (checked) tution Sergy Br

ACCT. / PAID / DUE — CASH (checked) / CHECK / MONEY ORDER / CREDIT CARD — FROM ___ TO ___ BY Ulyura

BEC

**RECEIPT** No. 161679

DATE 02/08/14

FROM British Educational Center $230.00

two hundred thirty 00/100 DOLLARS

FOR RENT / FOR tution Petrova Maria

ACCT. / PAID / DUE — CASH (checked) / CHECK / MONEY ORDER / CREDIT CARD — FROM ___ TO ___ BY Ulyura

183

A-1152

BEC

**RECEIPT** No. 1617

DATE 02/25/14

FROM British Educational Center $50

fifty 00/100 DOLLARS

FOR RENT / FOR (checked) Student's book Sergy B

ACCT. / PAID / DUE — CASH (checked) / CHECK / MONEY ORDER / CREDIT CARD — FROM ___ TO ___ BY Ulyura

605

BEC

RECEIPT No. 161705

DATE 02/20/14

FROM British Educational St. Center Tokhunov Bo...

$ 235.00

two hundred thirty five — 00/100 DOLLARS

FOR RENT / FOR tution Tokhunov Boster

(X) CASH ( ) CHECK ( ) MONEY ORDER ( ) CREDIT CARD

ACCT. / PAID / DUE

FROM ___ TO ___

BY [signature]

A-1152 T-4161

BEC

RECEIPT No. 161...

DATE 02/20/14

FROM British Educational Center Alikhanyan

$ 5...

fifty — 00/100

FOR RENT / (X) FOR Student's book Lilit Alikhanya...

(X) CASH ( ) CHECK ( ) MONEY ORDER ( ) CREDIT CARD

ACCT. / PAID / DUE

FROM ___ TO ___

BY [signature]

BEC

RECEIPT No. 161706

DATE 02/20/14

FROM British Educational Stud. Center Alikhanyan

$ 25.00

twenty five — 00/100 DOLLARS

FOR RENT / FOR Service fee 00/100 Lilit Alikhanyan

(X) CASH ( ) CHECK ( ) MONEY ORDER ( ) CREDIT CARD

ACCT. / PAID / DUE

FROM ___ TO ___

BY [signature]

A-1152 T-4161

BEC

RECEIPT No. 161...

DATE 02/25/14

FROM British Educational Stud. Center Costanyan

$ 27...

two hundred ten — 00/100 D...

( ) FOR RENT / (X) FOR tution Rustam Cost...

(X) CASH ( ) CHECK ( ) MONEY ORDER ( ) CREDIT CARD

ACCT. / PAID / DUE

FROM ___ TO ___

BY [signature]

BEC

RECEIPT No. 161707

DATE 02/20/14

FROM British Educational Stud. Center Alikha- nyan

$ 210.00

two hundred ten — 00/100 DOLLARS

FOR RENT / FOR tution Lilit Alikhanyan

(X) CASH ( ) CHECK ( ) MONEY ORDER ( ) CREDIT CARD

ACCT. / PAID / DUE

FROM ___ TO ___

BY [signature]

A-1152 T-4161

BEC

RECEIPT No. 161...

DATE 02/25/14

FROM British Educational Stud. Center Costanyan

$ 5...

fifty — 00/100

( ) FOR RENT / (X) FOR Student's book Rus Costanya...

( ) CASH ( ) CHECK ( ) MONEY ORDER ( ) CREDIT CARD

ACCT. / PAID / DUE

FROM ___ TO ___

BY [signature]

**RECEIPT** No. 161717

DATE 02/25/14

FROM British Educational St. Center Bolde S. $25.00

twenty five 00/100 DOLLARS

FOR Service fee Sergy Bolfe

☒ CASH ◯ CHECK ◯ MONEY ORDER ◯ CREDIT CARD

ACCT. / PAID / DUE

FROM ___ TO ___

BY [signature]

A-1152 T-4161

---

**RECEIPT** No. 161

DATE 02/20/2014

FROM British Education Center $5[illegible]

Fifty 00/100 D[OLLARS]

◯ FOR RENT ☒ FOR Student's book Oksen Tono[illegible]

☒ CASH ◯ CHECK ◯ MONEY ORDER ◯ CREDIT CARD

ACCT. / PAID / DUE

FROM ___ TO ___

BY [signature]

---

BEC

**RECEIPT** No. 161710

DATE 02/20/2014

FROM British Educational Center St. $210.00

two hundred ten 00/100 DOLLARS

FOR tuition Oksen Tonoyan

☒ CASH ◯ CHECK ◯ MONEY ORDER ◯ CREDIT CARD

ACCT. / PAID / DUE

FROM ___ TO ___

BY [signature]

A-1152 T-4161

---

BEC

**RECEIPT** No. 161

DATE 02/20/2014

FROM British Educational St. Center Siviry A. $25

twenty five 00/100 D[OLLARS]

◯ FOR RENT ☒ FOR Service fee A. Siviry

☒ CASH ◯ CHECK ◯ MONEY ORDER ◯ CREDIT CARD

ACCT. / PAID / DUE

FROM ___ TO ___

BY [signature]

---

BEC

**RECEIPT** No. 161709

DATE 02/20/2014

FROM British Educational St. Center Oksen T. $25.00

twenty five 00/100 DOLLARS

FOR Service fee Oksen Tonoyan

☒ CASH ◯ CHECK ◯ MONEY ORDER ◯ CREDIT CARD

ACCT. / PAID / DUE

FROM ___ TO ___

BY [signature]

A-1152 T-4161 185

---

BEC

**RECEIPT** No. 161

DATE 02/20/14

FROM British Educational St. Center Yokhubov[illegible] $25

twenty five 00/100 [DOLLARS]

◯ FOR RENT ☒ FOR Service fee Yok[illegible] Bobu[illegible]

☒ CASH ◯ CHECK ◯ MONEY ORDER ◯ CREDIT CARD

ACCT. / PAID / DUE

FROM ___ TO ___

BY [signature]

BEC

RECEIPT No. 161694

DATE 02/14/14

FROM British Educational Center Fowler J. $ 50.00

Fifty 00/100 DOLLARS

FOR RENT / FOR Student's book Jennifer Fowler

ACCT. / PAID / DUE — CASH (checked) / CHECK / MONEY ORDER / CREDIT CARD — FROM ___ TO ___ BY

A-1152 T-4161

BEC

RECEIPT No. 161

DATE 02/14/14

FROM British Educational St. Center York I. $ 2

Twenty five 00/100

FOR RENT / FOR Service fee Irene Y

ACCT. / PAID / DUE — CASH (checked) / CHECK / MONEY ORDER / CREDIT CARD — FROM ___ TO ___ BY

BEC

RECEIPT No. 161693

DATE 02/13/14

FROM British Educational Center Fowler J. $ 210.00

Two hundred ten 00/100 DOLLARS

FOR RENT / FOR tuition Jennifer Fowler

ACCT. / PAID / DUE — CASH (checked) / CHECK / MONEY ORDER / CREDIT CARD — FROM ___ TO ___ BY

A-1152 T-4161

BEC

RECEIPT No. 16

DATE 02/14/14

FROM British Educational St. Center York I. $ 2

Two hundred thirty

FOR RENT / FOR tuition Irene Y

ACCT. / PAID / DUE — CASH (checked) / CHECK / MONEY ORDER / CREDIT CARD — FROM ___ TO ___ BY

BEC

RECEIPT No. 161700

DATE 02/14/14

FROM British Educational Center York $ 50.00

Fifty 00/100 DOLLARS

FOR RENT / FOR Student's book Irene York

ACCT. / PAID / DUE — CASH (checked) / CHECK / MONEY ORDER / CREDIT CARD — FROM ___ TO ___ BY

A-1152 T-4161

186

BEC

RECEIPT No. 1617

DATE 02/14/14

FROM British Educational St. Center Jones P. $ 25.

Twenty five 00/100 DOLLARS

FOR RENT / FOR Service fee Pol Jones

608

ACCT. / PAID — CASH (checked) / CHECK / MONEY ORDER — FROM ___ TO ___

BEC

**RECEIPT** No. 161685

DATE 02/09/14

FROM British Educational Center St. Sheeman | $ 25.00

Twenty five 00/100 DOLLARS

FOR Service fee Sheeman Jones

☒ CASH ○ CHECK ○ MONEY ORDER ○ CREDIT CARD

FROM ____ TO ____

BY [signature]

A-1152 T-4161

BEC

**RECEIPT** No. 161[…]

DATE 02/08/14

FROM British Educational Center Oslina | $ 25[…]

Twenty five 00/100 D[…]

FOR Service fee Vladimirova Alla

☒ CASH ○ CHECK ○ MONEY ORDER ○ CREDIT CARD

FROM ____ TO ____

BY [signature]

BEC

**RECEIPT** No. 161691

DATE 02/13/14

FROM British Education Center St. Oslina D. | $ 50.00

Fifty 00/100 DOLLARS

FOR Student's book Andrew Sam[…]

☒ CASH ○ CHECK ○ MONEY ORDER ○ CREDIT CARD

FROM ____ TO ____

BY [signature]

A-1152 T-4161

BEC

**RECEIPT** No. 161[…]

DATE 02/08/14

FROM British Education Center Oslina | $ 5[…]

Fifty 00/100 D[…]

FOR Student's book Vladimirova

☒ CASH ○ CHECK ○ MONEY ORDER ○ CREDIT CARD

FROM ____ TO ____

BY [signature]

BEC

**RECEIPT** No. 161683

DATE 02/08/14

FROM British Educational Stud. Center Oslina D. | $ 200.00

Two hundred 00/100 DOLLARS

FOR Tuition Vladimirova Alla

☒ CASH ○ CHECK ○ MONEY ORDER ○ CREDIT CARD

FROM ____ TO ____

BY [signature]

187

A-1152 T-4161

BEC

**RECEIPT** No. 161[…]

DATE 02/08/14

FROM British Education Center Oslina | $ [illegible]

Two hundred 00/100 D[…]

FOR Tuition Oslina Dasha

☒ CASH ○ CHECK ○ MONEY ORDER ○ CREDIT CARD

609

FROM ____ TO ____

BY [signature]

**RECEIPT** No. 161688

DATE 02/09/14
FROM British Educational Center St. Sam J.
$ 25.00
Twenty five 00/100 DOLLARS
FOR RENT / FOR Service fee Andrew Sam
ACCT. / PAID / DUE
CASH / CHECK / MONEY ORDER / CREDIT CARD
FROM ___ TO ___
BY [signature]
A-1152 T-4161

**RECEIPT** No. 161658

DATE 02/06/14
FROM British Educational St. Center Korsak M
$ 235.00
Two hundred thirty five 00/100 DOLLARS
FOR RENT / FOR Tuition February Korsak Marsin
ACCT. / PAID / DUE
CASH / CHECK / MONEY ORDER / CREDIT CARD
FROM ___ TO ___
BY [signature]
A-1152 T-4161

BEC

**RECEIPT** No. 161689

DATE 02/09/14
FROM British Educational Center St. Sam A.
$ 200.00
Two hundred 00/100 DOLLARS
FOR RENT / FOR Tuition Andrew Sam
ACCT. / PAID / DUE
CASH / CHECK / MONEY ORDER / CREDIT CARD
FROM ___ TO ___
BY [signature]
A-1152 T-4161

BEC

**RECEIPT** No. 161686

DATE 02/09/14
FROM British Educational Center St. Sherman J.
$ 210.00
Two hundred ten 00/100 DOLLARS
FOR RENT / FOR Tuition Sherman Jones
ACCT. / PAID / DUE
CASH / CHECK / MONEY ORDER / CREDIT CARD
FROM ___ TO ___
BY [signature]
A-1152 T-4161

BEC

**RECEIPT** No. 161692

DATE 02/13/14
FROM British Educational St. Center Fowles J.
$ 25.00
Twenty five 00/100 DOLLARS
FOR RENT / FOR Service fee Jennifer Fowles
ACCT. / PAID / DUE
CASH / CHECK / MONEY ORDER / CREDIT CARD
FROM ___ TO ___
BY [signature]
A-1152 T-4161

BEC

**RECEIPT** No. 161687

DATE 02/09/14
FROM British Educational Center St. Sherman J.
$ 50.00
Fifty 00/100 DOLLARS
FOR RENT / FOR Students book Sherman Jones
ACCT. / PAID / DUE
CASH / CHECK / MONEY ORDER / CREDIT CARD
FROM ___ TO ___
BY [signature]
A-1152 T-4161

188

610


GUAGE
HOOL
COME!
973-6510
BRITISH
EDUCATIONAL
CENTER
8801








August
May
INSIDE
EMOTION


Galaxy






EXIT
EXIT












617

DISC-00201








BRITISH
EDUCATIONAL
CENTER


Mm
Ss


color!




Hh
Mm

# OFFICE LEASE

1. **THIS LEASE,** dated May 01, 2014 is between **White Clyne Properties; LLC** organized under the laws of the State of Colorado, hereinafter called the **Landlord and BRITISH EDUCATIONAL CENTER, LLC** hereinafter called the Tenant. The Landlord does hereby demise and lease unto the Tenant, approximately 1,317 s.f., the premises known and described as [redacted] in the [redacted] for the term beginning on May 01, 2013, and ending May 31, 2015, unless the term hereof shall be sooner terminated as hereinafter provided.

2. **IN CONSIDERATION** of the rent and the performance of the covenants and provisions herein, the Tenant agrees to pay to the Landlord as rent for the full term aforesaid, the total sum of **$8,400.00**, payable as follows:

**$700.00 per month**

which said sums shall be due and payable in advance on the first day of each and every calendar month during said term at the office of the Landlord at **51 West 84th Avenue, Suite #300, Thornton, Colorado 80260** or at such other location as the Landlord may designate in writing.

3. The Landlord acknowledges receipt of a security deposit in the amount of **$700.00.**

## SERVICES

4. The Landlord agrees during the period of this lease:

4a. To heat and cool the demised premises whenever necessary during the hours of 7:00 a.m. to 9:00 p.m. weekdays and 8:00 a.m. to 5:00 p.m. weekends and holidays.

4b. To provide janitor service for the demised premises.

4c. To cause to be supplied water, and a reasonable amount of electric current for lighting said premises and public halls and for customary office equipment, during the time and in the manner customary in said building. Tenant agrees to use only such electric current for lighting and customary office equipment, and shall pay on demand for use of electric current for any other purpose, or for any waste of electric current. Tenant shall not, without consent of the Landlord, connect any apparatus which might exceed the

of strikes, lockouts, riots, acts of God, or any other happening, Landlord is unable to furnish such services.

4e. Tenant agrees that if any payment of rent as herein provided shall remain unpaid for more than twenty (20) days after the same shall become due, Landlord may, without notice to Tenant, discontinue furnishing lighting, heating and janitor services, or any of them, until all arrears of rent shall have first been paid and discharged, and that Landlord shall not be liable for damages, and that such action shall in no way operate to release Tenant from the obligations hereunder.

4f. Tenant agrees to pay a late charge of 5% of any balance not paid within ten (10) days of due date.

**CHARACTER OF OCCUPANCY**

5. Tenant agrees that the demised premises shall be used and occupied only as a commercial office space in a careful, safe and proper manner, and that it will pay on demand for any damage to the premises caused by the misuse of same by it, or its agents or employees;

That it will not use or permit the demised premises to be used for any purposes prohibited by the laws of the United States or the State of Colorado, or the ordinances of the City or County in which the property is located.

That it will not use or keep any substance or material in or about the demised premises which may vitiate or endanger the validity of the insurance on said building or increase the hazard of the risk, or which may prove offensive or annoying to other tenants of the building;

That it will not permit any nuisance in the demised premises.

**ALTERATIONS**

6. The Landlord shall have the right at any time to enter the demised premises to examine and inspect the same, or to make such repairs, additions, or alterations as it may deem necessary or proper for the safety, improvement or preservation thereof, and shall at all times have the right, at its election, to make such alterations or changes to other portions of said building as it may from time to time deem necessary and desirable.

Tenant shall make no alterations in or additions to the demised premises without first obtaining the written consent of Landlord. Tenant shall permit no liens to be attached to the property as a result of any alterations. All additions or improvements made by the Tenant (except only movable office furniture) shall be deemed a part of the real estate and permanent structure thereon and shall remain upon and be surrendered with said premises as a part thereof at the end of the said term, by lapse of time, or otherwise.

**SUBLETTING**

## ADA COMPLIANCE

8. Disclosure. Tenant hereby acknowledges that Landlord has advised Tenant the Premises and Tenant may be subject to the **Americans With Disabilities Act** (the "ADA"), a Federal law. Among other requirements of the ADA that could apply to the Premises, Title III of the ADA requires owners and tenants of "public accommodations" to remove barriers to allow access by disabled persons and provide auxiliary aids and services for hearing, vision or speech impaired persons by certain dates. All costs incurred by Tenant or Landlord during the term of this Lease (and any extension thereof) to ensure Tenant's compliance with the ADA, including necessary alterations in or about the Premises or modifications to the access to the building of which the Premises is a part, shall be at Tenant's sole cost and expense unless Landlord has agreed, in writing, to pay for a portion of said costs.

Investigation. Tenant hereby acknowledges that Landlord has recommended that Tenant prior to executing this Lease, investigate the ADA and the regulations thereunder to determine if the ADA law and regulations would apply to Tenant and/or to the Premises in which Tenant is interested in occupying. Tenant agrees that it is solely responsible, at its expense, for conducting its own independent investigation of all ADA issues prior to the execution date of this Lease and during the primary term of this Lease (and any extension thereof).

## INSOLVENCY

9. Any assignment for the benefit of creditors or by operation of law shall not be effective to transfer any rights hereunder to the said assignee without the written consent of the Landlord first having been obtained.

It is further agreed between the parties hereto that if Tenant shall be declared insolvent, or if any assignment of Tenant's property shall be made for the benefit of creditors or otherwise, or if Tenant's leasehold interest herein shall be levied upon under execution, or seized by virtue of any writ of any court of law, or a Receiver be appointed for the property of Tenant, whether under the operation of State or Federal statutes, then and in any such case, Landlord may, at its option, terminate this lease and retake possession of said premises, without being guilty of any manner of trespass or forcible entry or detainer, and without the same working any forfeiture of the obligations of Tenant hereunder.

In case the Tenant is adjudicated a bankrupt, or proceeds or is proceeded against under any State or Federal laws, for relief of debtors, or in case a receiver is appointed to wind up and liquidate the affairs of the Tenant, the Landlord, at its election, shall have a provable

hereunder as security for the payment by the Tenant of the rent herein provided for.

**BREACH**

10. At Landlord's option, it shall be deemed a breach of this lease if Tenant defaults (a) in the payment of the rent or any other monetary obligation herein; or (b) in the performance of any other term or condition of this lease. Landlord may elect to cure such default and any expense of curing may be added to the rent and shall become immediately due and payable.

**SECURITY DEPOSIT**

11. The Landlord acknowledges receipt of the aforementioned deposit to be held by the Landlord for the faithful performance of all of the terms, conditions and covenants of this lease. The Landlord may apply the deposit to cure any default under the terms of this lease and shall account to the Tenant for the balance. The Tenant may not apply the deposit hereunder to the payment of the rent reserved hereunder of the performance of other obligations.

**PREMISES VACATED DURING TERM OF LEASE**

12. If the Tenant shall abandon or vacate said premises before the end of the term of this lease, the Landlord may, at its option, enter said premises, remove any signs of the Tenant therefrom, and re-let the same, or any part thereof, as it may see fit, without thereby voiding or terminating this lease, and for the purpose of re-letting, the Landlord is authorized to make any repairs, changes, alterations or additions in or to said demised premises, as may in the opinion of the Landlord be necessary or desirable for the purpose of such re-letting, and if a sufficient sum shall not be realized from such re-letting (after payment of all the costs and expenses and the collection of rent accruing therefrom), each month to equal the monthly rental agreed to be paid by the Tenant under the provisions of this lease, then the Tenant agrees to pay such deficiency each month upon demand therefor.

**REMOVAL OF TENANT'S PROPERTY**

13. If the Tenant shall fail to remove all effects from said premises upon the abandonment thereof or upon the termination of this lease for any cause whatsoever, the Landlord, at its option, may remove the same in any manner that it shall choose and store the said effects without liability to the Tenant for loss thereof, and the Tenant agrees to pay the Landlord on demand, any and all expenses incurred in such removal, including court costs and

## LOSS OR DAMAGE TO TENANT'S PROPERTY

**14.** All personal property of any kind or description whatsoever in the demised premises shall be at the Tenant's sole risk, and the Landlord shall not be held liable for any damage done to or loss of such personal property, or for damage or loss suffered by the business or occupation of the Tenant arising from any act or neglect of co-tenants or other occupants of the building, or of their employees or the employees of the Landlord or of other persons, or from bursting, overflowing or leaking of water, sewer or steam pipes, or from heating or plumbing fixtures, or from electric wires, or from gases, or odors, or caused in any other manner whatever, except in the case of willful neglect on the part of the Landlord.

The Tenant hereby grants to the Landlord a security interest in the personal property situated on the leased premises as additional security for the payment of the rent and the performance of Tenant's obligations hereunder. The Tenant shall execute such documents as the Landlord may require to perfect the Landlord's security interest in such personal property. Said personal property shall not be removed therefrom without the consent of the Landlord until all rent due or is to become due hereunder shall have first been paid and discharged, or any default hereunder shall have first been paid and discharged, or any default hereunder by Tenant shall be cured. It is intended by the parties hereto that this instrument shall have the effect of a security agreement upon such personal property, and the Landlord, upon default of the Tenant of the payment of the rent or the terms hereunder, may exercise any rights of a secured party under the Uniform Commercial Code of the State of Colorado including the right to take possession of such personal property and, after notice as required by statute, to sell the same for the best price that can be obtained at public or private sale, and out of the money arising from the execution of the provisions hereof, paying the surplus, if any, to the Tenant. If said personal property, or any portion thereof, shall be offered at public auction, the Landlord may become the purchaser thereof.

## SURRENDER OF POSSESSION

**15.** The Tenant agrees to deliver up and surrender to the Landlord possession of said premises at the expiration or termination of this lease, by lapse of time or otherwise, in as good repair as when the Tenant obtained the same at the commencement of said term, excepting only ordinary wear and tear, or damage by the elements (occurring without the fault of the Tenant or other persons permitted by the Tenant

premises wholly untenantable, and if such damage shall be so great that a competent architect selected by the Landlord, shall certify in writing to the Landlord and the Tenant that said premises, with the exercise of reasonable diligence, cannot be made fit for occupancy within ninety (90) days from the happening thereof, then this lease shall cease and terminate from the date of the occurrence of such damage; and the Tenant thereupon shall surrender to the Landlord said premises and all interest therein, and the Landlord may reenter and take possession of said premises and remove the Tenant therefrom. The Tenant shall pay rent, duly apportioned, up to the time of such termination of this lease.

If, however, the damages shall be such that such an architect so shall certify that said demised premises can be made tenantable within such number of days from the happening of such damage by fire or other catastrophe, then the Landlord shall repair the damage so done with all reasonable speed, and the rent shall be abated only for the period during which the Tenant shall be deprived of the use of said premises by reason of such damage and the repair thereof.

If, said demised premises, without the fault of the Tenant, shall be slightly damaged by fire or other catastrophe but not so as to render the same untenantable, the Landlord, after receiving notice in writing of the occurrence of the injury, shall cause the same to be repaired with reasonable promptness; but in such event, there shall be no abatement of the rent.

In case the building throughout be so injured or damaged, whether by fire or otherwise (though said demised premises may not be affected) that the Landlord within sixty (60) days after the happening of such injury, shall decide to reconstruct, rebuild, or raze said building, and shall enter into a legal and binding contract therefor, then upon thirty (30) days' notice in writing to that effect given by the Landlord to the Tenant, this lease shall cease and terminate from the date of the occurrence of said damage, and the Tenant shall pay the rent, properly apportioned, up to such date, and both parties hereto shall be free and discharged of all further obligations hereunder.

In the event of a condemnation or other taking by any governmental agency, all proceeds shall be paid to the Landlord hereunder, the Tenant waiving all right to such payments.

**INSURANCE**

**17.** Tenant shall, at Tenant's expense, obtain and keep in full force, fire and liability insurance as may be reasonably required by the Landlord. Tenant shall provide copies of such insurance policies upon the Landlord's request.

**ACCEPTANCE OF PREMISES BY TENANT**

## WAIVER

19. No waiver of any breach of any one or more of the conditions or covenants of this lease by the Landlord shall be deemed to imply or constitute a waiver of any succeeding or other breach hereunder.

## AMENDMENT OR MODIFICATION

20. The Tenant acknowledges and agrees that it has not relied upon any statements, representations, agreements or warranties, except such as are expressed herein, and that no amendment or modification of this lease shall be valid or binding unless expressed in writing and executed by the parties hereto in the same manner as the execution of this lease.

## PAYMENTS AFTER TERMINATION

21. No payments of money by the Tenant to the Landlord after the termination of this lease, in any manner, or after the giving of any notice (other than a demand for the payment of money) by the Landlord to the Tenant, shall reinstate, continue or extend the term of this lease or affect any notice given to the Tenant prior to the payment of such money, it being agreed that after the service of notice or the commencement of a suit or after final judgment granting the Landlord possession of said premises, the Landlord may receive and collect any sums of rent due, or any other sums of money due under the terms of this lease, and the payment of such sums of money whether as rent or otherwise, shall not waive said notice, or in any manner affect any pending suit or any judgment theretofore obtained.

## HOLDING AFTER TERMINATION

22. It is mutually agreed that if after the expiration of this lease the Tenant shall remain in possession of said premises without a written agreement as to such holding, then such holding over shall be deemed to be a holding upon a tenancy from month to month at a monthly rental equivalent to the last monthly payment provided herein, or at a new rate agreeable to Landlord, payable in advance on the same day of each month as above provided; all other terms and conditions of this lease remaining the same.

## ENTRY BY LANDLORD

23. The Landlord shall at all times have the right, by its officers or agents, to enter the demised premises to inspect and examine the same, and to show the same to persons wishing to lease the demised premises, and may at 294

shall have the right to relocate the Premises to substantially comparable quarters within the same building. Reasonable moving costs and the cost of altering the new space to make it comparable to the Premises shall be at the Landlord's expense. In the event the quarters to which Landlord proposes to relocate Tenant do not meet Tenant's approval, it may so notify Landlord, and in the event Landlord fails to offer new premises satisfactory to Tenant, Tenant may terminate this lease effective as of thirty (30) days after Landlord's initial notice. Upon Tenant's termination and peaceable vacation of the premises under the provisions of this Article, Landlord shall pay to Tenant a sum equal to one monthly installment of rent payable hereunder, as consideration for such termination and thereafter all obligations and liabilities under this lease shall terminate, except for those which have already accrued prior to the date of termination.

**RULES AND REGULATIONS**

**25.** It is further agreed that the following rules and regulations shall be and are hereby made a part of this lease, and the Tenant agrees that its employees and agents, or any others permitted by the Tenant to occupy or enter said premises, will at all times abide by said rules and regulations and that a default in the performance and observance thereof shall operate the same as any other defaults herein:

(1) The sidewalks, entries, passages, stairways and elevators shall not be obstructed by the Tenant, or its agents, or used by them for any purpose other than ingress and egress to and from their offices.

(2) (a) Furniture, equipment or supplies shall be moved in or out of the building only during such hours and in such manner as may be prescribed by the Landlord.

(b) No safe or article, the weight of which may constitute a hazard or danger to the building or its equipment, shall be moved into the premises.

(c) Safes and other equipment, the weight of which is not excessive, shall be moved into, from or about the building only during such hours and in such manner as shall be prescribed by the Landlord, and the Landlord shall have the right to designate the location of such articles in the space hereby demised.

(3) Signs, notices, advertisements, or other inscriptions shall not be placed upon any part of the building without written prior approval of the Landlord.

(4) The light through the transoms and glass partitions opening into the halls and other parts of the building shall not be obstructed in any way by the Tenant.

(5) Restrooms and other water fixtures shall not be

building, nor shall any obstruction of sidewalks or entrances of the building by such be permitted.

(8) No person shall disturb the occupants of this or adjoining buildings or premises by the use of any radio or musical instrument or by the making of loud or improper noises.

(9) The Tenant shall not allow anything to be placed on the outside window ledges of the building, nor shall anything be thrown by the Tenant, its agents or employees, out of the windows or doors, or down the courts, elevator shafts, or skylights of the building.

(10) No additional lock or locks shall be placed by the Tenant on any door in the building unless written consent of the Landlord shall first have been obtained. A reasonable number of keys to the demised premises and to the restrooms, will be furnished by the Landlord, and neither the Tenant, its agents or employees, shall have any duplicate key made. At the termination of this tenancy, the Tenant shall promptly return all such keys to the Landlord.

(11) No awnings or window coverings shall be attached to the premises without prior written approval by the Landlord. Tenant shall pay for any damage caused by the Tenant to any window coverings supplied by the Landlord.

(12) The Tenant, before closing and leaving the demised premises at any time, shall see that all windows are closed, in order to avoid damage from fire, storm or freezing.

(13) The Tenant shall not install or operate any steam or gas engine or boiler, or carry on any mechanical business in the demised premises. The use of oil, gas or flammable liquids for heating, lighting or any other purpose is expressly prohibited. Explosives or other articles deemed extra hazardous shall not be brought into the building.

(14) Any painting or decorating as may be agreed to be done by and at the expense of the Landlord shall be done during regular working hours. Should the Tenant desire such work done on Sundays, holidays or outside of regular working hours, the Tenant shall pay for the extra cost thereof.

(15) The Tenant shall not mark upon, paint signs upon, cut, drill into, drive nails or screw into, or in any way deface the walls, ceilings, partitions or floors of the demised premises or of the building. Any defacement, damage or injury caused by the Tenant, its agents or employees, shall be paid for by the Tenant.

(16) The Landlord reserves the right to make such other and further reasonable rules and regulations as in its judgment may from time to time be needful and desirable for the safety, care and cleanliness of the premises and for the preservation of good order therein.

(17) The Tenant understands that the premises are a non-smoking building and will not allow smoking in this suite. Furthermore, Tenant understands that no pets are allowed on premises at any time.

Additional Provisions:

The Landlord shall warrant and defend the Tenant in the enjoyment and peaceful possession of the premises during the term aforesaid. All terms, conditions and covenants to be observed and performed by the parties hereto shall be applicable to and binding upon their heirs, personal representatives, successors or assignees. If there are more than on entity or persons which are the Tenants under this lease, all covenants and agreements herein to be observed and performed by the Tenant shall be joint and several.

Should any provision of this lease violate any federal, state or local law or ordinance, that provision shall be deemed amended to so comply with such law or ordinance and shall be construed in a manner as to comply.

Executed on May 01, 2014

Attest:

Landlord
Richard W. Clyne, Manager
White- Clyne Properties, LLC

Attest:

[redacted]

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
38 River Road
Essex Junction, VT 05479-0001

Date: December 23, 2021

U.S. Citizenship and Immigration Services

**BCU RESOLUTION MEMO**
**FOR OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE**

**From:** AM0091
**Receipt or A-Number:** [redacted]
**TECS/NCIC Number:** H095325545, P5F44787300C52, P6Q80252300B01
**Other Number(s):** FIN#1136047395 FBI#892147DH2 FDNS DS#1-181286477
**Subject Name:** [redacted]
**Subject DOB:** [redacted]

The subject appears to have a protection order against him. ORI contact was attempted on December 23, 2021, and they were not able to provide information pertaining to if the order was served on the subject, or if the person was present in Court at the time of issuance. The protection order was issued on July 2, 2015 and does not have an expiration date.

The subject appears to be the focus of a TECS record that was entered by USCIS on September 28, 2015. The record indicates that the subject entered the United States as an L-1A Intercompany Transferee. DEN FDNS determined that the subject created a fraudulent business in Colorado. The subject's approved I-129 was returned for revocation.

The subject appears to be the focus of a TECS record that was entered by CBP on June 29, 2017. The record indicates that the subject is the recipient of a mail parcel from the Netherlands containing Sibutramine, a DEA Schedule IV controlled substance.

EARM was checked with the subject's A-number and no records were identified.

An FBI Universal Control Number (FBI UCN) has been identified for the subject; however, it appears to have been assigned based on a civil fingerprint check. In the absence of additional evidence, the existence of an FBI UCN number should not be viewed as indicative of an arrest record or criminal history. The subject was a NON-IDENT as of December 17, 2021.

CIS was checked, all known related A-numbers were identified, and the electronic information in CIS was reviewed for other possible aliases and DOBs.



DISC-02070